Wade M. Hansard, Esq.
Nevada Bar No. 8104
Nevada Bar No. 8559
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
wade.hansard@mccormickbarstow.com
and
J. Anthony Carozza, Esq. *(Admitted Pro Hac Vice)*
Nevada Bar No. #6277225
Bollinger, Ruberry & Garvey
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
Telephone: (312) 466-7295
Facsimile: (312) 466-8055
Tony.carozza@rsg-law.com
Attorneys for Defendants,
LINCOLN GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILSON LOGISTICS NEVADA, INC.; TEMPLE INSURANCE COMPANY, individually; TEMPLE INSURANCE COMPANY, as subrogee of Wilson Logistics Nevada, Inc.; SCOTTISH & YORK INSURANCE COMPANY, individually; SCOTTISH & YORK INSURANCE COMPANY, as subrogee of Wilson Logistics Nevada, Inc.; LLOYD'S OF LONDON, individually; LLOYDS OF LONDON, as subrogee of Wilson Logistics Nevada, Inc.; EMPLOYERS REINSURANCE CORPORATION, individually; EMPLOYERS REINSURANCE CORPORATION, as subrogee of Wilson Logistics Nevada, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN GENERAL INSURANCE COMPANY; WALSHIRE ASSURANCE COMPANY; KINGSWAY AMERICA, INC.; and KINGSWAY FINANCIAL SERVICES, INC.<br><br>Defendants. | **Case No. 2:11-CV-00225-KJD-PAL**<br><br>**STIPULATION AND PROPOSED ORDER FOR STAY PENDING MEDIATION** |

///

Plaintiffs and defendant Lincoln General Insurance Company (hereinafter "Lincoln General"), by and through their respective attorneys and for their STIPULATION AND PROPOSED ORDER FOR STAY PENDING MEDIATION state as follows:

1. As this court is aware, this matter previously involved multiple parties and it has been alleged by Plaintiffs that Lincoln General acted in bad faith and breached various duties it owed to Plaintiffs by not settling a claim for one their mutual insureds within Lincoln General's policy limits, the result of which, was that Plaintiffs contributed to the settlement of the underlying matter. Plaintiffs seek to recover from Lincoln General, the only remaining defendant, an amount in excess of $4,000,000.

2. Presently, the last date to complete discovery is September 14, 2012; the last date to file dispositive motions is October 12, 2012; and the Joint Final Pretrial Order is to be filed by November 14, 2012. (Doc. # 60).

3. As this Court may be aware from the written submissions on the previously granted Motions to Dismiss of Walshire Assurance Co., Kingsway America Inc., and Kingsway Financial Services Inc., Lincoln General is a Pennsylvania insurance company. Since February of 2009 Lincoln General has been in "runoff". As set forth on Lincoln General's website,

> Lincoln General Insurance Company ("Lincoln") has been in "runoff" since February 2009. As such, and subject to certain statutory and/or legal exceptions, Lincoln ceased writing new policies in or around February 2009. In addition, Lincoln is currently working with the Pennsylvania Department of Insurance in an effort to satisfy remaining obligations and liabilities.
>
> …
>
> Based in whole, or in part, on Lincoln's financials, twenty-six (26) states have made findings resulting in formal suspensions of Lincoln's Certificates of Authority. As of April 12, 2011, these states included Alabama, Alaska, Arkansas, California, Colorado, Florida, Idaho, Illinois, Iowa, Kentucky, Louisiana, Maine, Maryland, Mississippi, Missouri, Nevada, New York, North Dakota, Ohio, Oregon, South

Carolina, Tennessee, Virginia, Washington, West Virginia, and Wyoming.

(*See* "Runoff Announcement" attached hereto and incorporated herein as Exhibit "A").

4. Shortly before Lincoln General going into "runoff", Lincoln General's surplus was $79,227,960. (*See* Exhibit "A").

5. Since that time and as reflected in Lincoln General's March 31, 2012, Quarterly Statement, Lincoln General's surplus has significantly diminished. In fact, Lincoln General's' March 31, 2012, Quarterly Statement reflects a surplus of only $1,591,548. (*See* Lincoln General's March 31, 2012, Quarterly Statement attached hereto and incorporated herein as Exhibit "B").

6. Based on the above, counsel for Plaintiffs and Lincoln General in the recent past met in person to discuss the financial wherewithal of Lincoln General and the issue of whether Lincoln General will ultimately be able to satisfy a judgment should Plaintiffs obtain same[1].

7. In light of the information received regarding Lincoln General's financial condition at said meeting, it was agreed between the parties that a settlement mediation may be fruitful in reaching some type of resolution to the instant matter. Since that time the parties have agreed on a mediator and have confirmed a mediation date of September 10, 2012.

8. Accordingly, as further set forth below, the parties seek to stay the proceedings until such time that they are able to mediate the matter and determine whether settlement is possible.

---

[1] Although Lincoln General has, and continues, to deny that Plaintiffs are entitled to any recovery from Lincoln General, Plaintiffs' Complaint seeks to recover approximately $4 million from Lincoln General.

9.   When considering a motion to stay proceedings, a court looks at factors comprising a three-part test:

1) whether a stay would unduly prejudice the non-moving party or allow for a tactical advantage for the moving party;
2) whether a stay will simplify the issues in the case at trial; and
3) whether discovery has commenced, or is almost complete and whether a trial date has been set.

(*See* Computerized Screening Inc., v. Lifeclinic International, Inc., 2010 U.S. Dist. LEXIS 93072 (D. Nev. 2010) and Wireless Spectrum Techs., v. Motorola Corp., 57 U.S.P.Q. 2d 1662, 1663 (N.D. Ill. 2001)).

10. In the instant matter all three elements favor the stay requested herein.

11. Here, the instant motion is presented as an agreed stipulation between the parties. Accordingly, as all of the interested parties agree to the relief requested herein, the issues of undue prejudice or allowing for a tactical advantage for the moving party are rendered moot, and favor the entry of a stay.

12. Furthermore, the requested stay will simplify the issues should a trial be necessary.  As the stay being requested is for the parties to mediate the matter with the goal of reaching a settlement of all of the pending claims, the mediation may result in a total resolution of the matter which would obviate the need for any trial.

13. The third factor to be considered also favors a granting of the stay.  In this matter although the parties have conducted a significant amount of discovery and no trial date has been set, it is evinced by the potentially 18 depositions to be taken that significant discovery remains.

14. Although a substantial amount of written and oral discovery has been completed, there remains additional document production and approximately 18 potential depositions to be taken.

15. Based on the discovery conducted to date, the facts and issues which will ultimately be set before the Court and jury at the trial of this matter have been clarified. The parties agree that going forward there will be significant time and expense required to complete the remaining discovery, prepare and present dispositive motions and prepare the matter for trial. The expense of conducting this discovery will necessarily weaken the ability of Lincoln General to satisfy the outcome of a trial or other resolution of this matter[2].

16. Should this matter not be resolved the parties anticipate that the following depositions will also be taken:

    a.) The parties have agreed to depose Counsel for the excess carriers;

    b.) The underlying defense counsel;

    c.) The depositions of Plaintiffs employees and/or representatives Andrea Cahill, Mark Royko, Keith Batten, Adam Payne, Daniel Capuccio, and Stella Capelluto have also been requested;

    d.) Also to be taken are the 30(b)(6) of both Plaintiffs and Defendant (these deponents are located throughout North America and Europe);

    e.) Another deposition which Defendant has subpoenaed is that of Peter Christiansen, who also served as counsel for Plaintiff in the underlying matter (this deposition will proceed in Nevada); and

    f.) The parties will also take the depositions of their respective experts (located in Wisconsin and Pennsylvania).

17. The parties respectfully submit that at this juncture in an effort to dispose of the entire matter via settlement rather than expend additional time and expense on completing the above outlined discovery, that they be granted a stay to mediate the matter.

---

[2] Lincoln General has, and continues, to deny that Plaintiffs are entitled to any recovery from Lincoln General.

18. Accordingly, the parities respectfully request that the discovery deadline of September 14, 2012, the dispositive motion deadline of October 12, 2012, and the November 14, 2012, date by which to file the joint pretrial order as outlined in the June 22, 2012, Scheduling Order (Doc. #60), be stayed pending the September 10, 2012, mediation.

WHEREFORE, Plaintiffs and Lincoln General Insurance Company move this Honorable Court to enter an order staying the matter, striking the current deadlines and set the matter for a status on mediation following September 10, 2012, and for any other relief as the Court deems necessary and just.

Dated: August 22, 2012

Respectfully submitted,

By: /s/ Nick Sideris
Nick Sideris (*pro hac vice*)
Ruberry, Stalmack & Garvey, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
Tel. No. 312.466.7295
Fax No. 312.466.8001
Attorneys for Lincoln General Insurance Company

By:/s/Matthew S. Sollitto
Matthew S. Sollitto Nevada Bar # 10993
One of Plaintiff's Attorneys
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL 60603
Telephone: 312-855-1010
Facsimile: 312-606-7777

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED:

a. The discovery deadline of September 14, 2012, is stayed pending the mediation currently set for September 10, 2012;

b. The dispositive motion deadline of October 12, 2012, is stayed pending the mediation currently set for September 10, 2012;

c. The November 14, 2012, date by which to file the joint pretrial order is stayed pending the mediation currently set for September 10, 2012; and

d. This matter is hereby referred to U.S. Magistrate Judge Peggy A. Leen for the scheduling of a status conference.

DATED: September 12, 2012

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Lincoln General Insurance Company

Contact Us :: Site Map :: Glossary

Search

Agent Access

HOME Statements Report a Claim Loss Runs About Us

# Announcement

## Status Report on LGIC Runoff - March 2012

March 19, 2012: This web page has been updated with the most recent financial information for LGIC.

Lincoln General Insurance Company ("Lincoln") has been in "runoff" since February 2009. As such, and subject to certain statutory and/or legal exceptions, Lincoln ceased writing new policies in or around February 2009. In addition, Lincoln is currently working with the Pennsylvania Department of Insurance in an effort to satisfy remaining obligations and liabilities.

With that background, we refer you to Lincoln's most recent **financial statements**. which are available at **www.lincolngeneral.com/reports/statements.aspx**

You will note that, as of December 31, 2008, which was just prior to Lincoln entering run-off in February 2009, Lincoln's surplus was $79,227,960. (See the **Annual Statement 2008**, dated December 31, 2008, page 4 Line 39.)

As of December 31, 2011, Lincoln's surplus (on its discounted balance sheet) was $2,854,963. (See the **Annual Statement 2011**, dated December 31, 2011, page 4 Line 39.)

As of March 31, 2012, Lincoln's surplus (on its discounted balance sheet) was $1,591,548. (See the **First Quarter Statement 2012**, dated March 31, 2012, page 4 Line 39.)

Based in whole, or in part, on Lincoln's financials, twenty-six (26) states have made findings resulting in formal suspensions of Lincoln's Certificates of Authority. As of April 12, 2011, these states included Alabama, Alaska, **Arkansas, California,** Colorado, Florida, Idaho, Illinois, Iowa, Kentucky, Louisiana, Maine, Maryland, Mississippi, Missouri, Nevada, New York, **North Dakota,** Ohio, **Oregon,** South Carolina, Tennessee, Virginia, **Washington,** West Virginia, and Wyoming.

Orders issued by some of these states include the following language:

- **Arkansas Order of Suspension** - March 24, 2010

  Regulators suspended Lincoln General's Certificate of Authority due to a "financially hazardous condition."

  www.lincolngeneral.com/orders/Arkansas Order of Suspension 2010-03-24.pdf

EXHIBIT A

- **California Cease and Desist Order** - May 26, 2010

  "Lincoln is insolvent within the meaning of California Insurance Code §985 since it is unable to meet each and every one of its financial obligations."

  www.lincolngeneral.com/orders/California Cease and Desist Order 2010-05-26.pdf

- **North Dakota Temporary Order Suspending COA** - February 23, 2010

  "This is a substantial decrease in surplus in just one year. This renders Respondent's further proceedings hazardous to its policyholders... Respondent is in an unsound condition."

  www.lincolngeneral.com/orders/North Dakota Temporary Order 2010-02-23.pdf

- **Oregon Suspension Order** - March 17, 2010

  "LGIC did not maintain at least $5,000,000 in capital and surplus, or any combination thereof, as required by ORS 731.554(2)... LGIC did not comply with the minimum capital and surplus requirement of ORS 731.554 for a certificate of authority."

  www.lincolngeneral.com/orders/Oregon Suspension Order 2010-03-17.pdf

- **Washington Consent Order Suspending COA** - March 30, 2010

  "On March 18, 2010, OIC gave notice to LGIC of its intent to revoke Certificate of Authority No. 1950, based upon LGIC's failure to maintain minimum statutory capital and surplus... LGIC is in a hazardous financial condition according to the standards contained in WAC 284-16-310... the Insurance Commissioner will issue this Consent Order that: ... requires LGIC to promptly and properly settle all claims arising from policies issued in this state or covering property interests wholly or partially located in this state..."

  www.lincolngeneral.com/orders/Washington Consent Order Suspending COA 2010-03-30.pdf

As noted above, certain state regulators have concluded that Lincoln is: in "hazardous financial condition," in an "unsound condition," or "insolvent" within the meaning of varying state statutes. In addition to these state-mandated suspensions, Lincoln entered into voluntary agreements to cease writing in seven (7) additional states. As of April 12, 2011, these states included Connecticut, Massachusetts, Michigan, New Hampshire, New Jersey, Texas and Vermont.

*Copyright© 2012 Lincoln General Insurance Company*
Last Updated: Wednesday, June 27, 2012

3 3 8 5 5 2 0 1 2 2 0 1 0 0 1 0 1

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# QUARTERLY STATEMENT

AS OF MARCH 31, 2012

OF THE CONDITION AND AFFAIRS OF THE

# Lincoln General Insurance Company

NAIC Group Code 4753 (Current) ____ (Prior) NAIC Company Code 33855 Employer's ID Number 23-2023242

Organized under the Laws of Pennsylvania , State of Domicile or Port of Entry Pennsylvania

Country of Domicile United States of America

Incorporated/Organized 03/17/1977 Commenced Business 05/13/1977

Statutory Home Office 3501 Concord Road (Street and Number) , York , PA 17402-0136 (City or Town, State and Zip Code)

Main Administrative Office 3501 Concord Road (Street and Number)

York , PA 17402-0136 (City or Town, State and Zip Code) , 717-757-0000 (Area Code) (Telephone Number)

Mail Address P.O. Box 3709 (Street and Number or P.O. Box) , York , PA 17402-0136 (City or Town, State and Zip Code)

Primary Location of Books and Records 3501 Concord Road (Street and Number)

York , PA 17402-0136 (City or Town, State and Zip Code) , 717-757-0000 (Area Code) (Telephone Number)

Internet Web Site Address www.lincolngeneral.com

Statutory Statement Contact Karen L Groff (Name) , 717-757-0000 (Area Code) (Telephone Number)

karen.groff@lincolngeneral.com (E-mail Address) , 717-757-7901 (FAX Number)

## OFFICERS

Chief Executive Officer Gary Joseph Orndorff

Chief Financial Officer Charles William Basta

Corporate Secretary Albert Bernard Miller

## OTHER

Charles William Basta Treasurer

Aaron Steven Levine Assistant Vice President

Albert Bernard Miller Assistant Vice President

## DIRECTORS OR TRUSTEES

Marvin David Mohn

Joshua Scott Horowitz

Gary Joseph Orndorff

Jonathan Frederick Bank

Stewart Alan Keir

Norris William Clark

Paul Martin Mooney

State of Pennsylvania
County of York
SS:

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

Gary Joseph Orndorff
Chief Executive Officer

Charles William Basta
Chief Financial Officer

Albert Bernard Miller
Corporate Secretary

Subscribed and sworn to before me this
____ day of ____

Amy Sue Pendleton
Notary Public
April 20, 2015

a. Is this an original filing? ........................ Yes [ X ] No [ ]
b. If no,
1. State the amendment number.........
2. Date filed ..........................................
3. Number of pages attached.............

EXHIBIT
tabbies
B

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# ASSETS

| | Current Statement Date | | | 4 |
|---|---|---|---|---|
| | 1<br>Assets | 2<br>Nonadmitted Assets | 3<br>Net Admitted Assets (Cols. 1 - 2) | December 31 Prior Year Net Admitted Assets |
| 1. Bonds | 156,963,096 | | 156,963,096 | 160,696,076 |
| 2. Stocks: | | | | |
| 2.1 Preferred stocks | | | 0 | 0 |
| 2.2 Common stocks | | | 0 | 0 |
| 3. Mortgage loans on real estate: | | | | |
| 3.1 First liens | | | 0 | 0 |
| 3.2 Other than first liens | | | 0 | 0 |
| 4. Real estate: | | | | |
| 4.1 Properties occupied by the company (less $ ........ encumbrances) | 9,438,260 | | 9,438,260 | 9,568,001 |
| 4.2 Properties held for the production of income (less $ ........ encumbrances) | | | 0 | 0 |
| 4.3 Properties held for sale (less $ ........ encumbrances) | | | 0 | 0 |
| 5. Cash ($ 8,292,491 ), cash equivalents ($ 0 ) and short-term investments ($ 31,761,176 ) | 40,053,667 | | 40,053,667 | 62,285,076 |
| 6. Contract loans (including $ ........ premium notes) | | | 0 | 0 |
| 7. Derivatives | | | 0 | 0 |
| 8. Other invested assets | | | 0 | 0 |
| 9. Receivables for securities | 296,144 | | 296,144 | 270 |
| 10. Securities lending reinvested collateral assets | | | 0 | 0 |
| 11. Aggregate write-ins for invested assets | 0 | 0 | 0 | 0 |
| 12. Subtotals, cash and invested assets (Lines 1 to 11) | 206,751,167 | 0 | 206,751,167 | 232,549,423 |
| 13. Title plants less $ ........ charged off (for Title insurers only) | | | 0 | 0 |
| 14. Investment income due and accrued | 1,731,091 | | 1,731,091 | 1,467,248 |
| 15. Premiums and considerations: | | | | |
| 15.1 Uncollected premiums and agents' balances in the course of collection | 9,126,489 | 8,335,826 | 790,663 | 748,571 |
| 15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $ ........ earned but unbilled premiums) | 307,305 | | 307,305 | 554,110 |
| 15.3 Accrued retrospective premiums | | | 0 | 0 |
| 16. Reinsurance: | | | | |
| 16.1 Amounts recoverable from reinsurers | 480,220 | | 480,220 | 932,689 |
| 16.2 Funds held by or deposited with reinsured companies | | | 0 | 0 |
| 16.3 Other amounts receivable under reinsurance contracts | | | 0 | 234,556 |
| 17. Amounts receivable relating to uninsured plans | | | 0 | 0 |
| 18.1 Current federal and foreign income tax recoverable and interest thereon | | | 0 | 0 |
| 18.2 Net deferred tax asset | | | 0 | 0 |
| 19. Guaranty funds receivable or on deposit | | | 0 | 0 |
| 20. Electronic data processing equipment and software | 12,081 | 9,834 | 2,247 | 2,917 |
| 21. Furniture and equipment, including health care delivery assets ($ ........ ) | 341,975 | 341,975 | 0 | 0 |
| 22. Net adjustment in assets and liabilities due to foreign exchange rates | | | 0 | 0 |
| 23. Receivables from parent, subsidiaries and affiliates | 172,279 | | 172,279 | 0 |
| 24. Health care ($ ........ ) and other amounts receivable | | | 0 | 0 |
| 25. Aggregate write-ins for other than invested assets | 4,408,901 | 3,104,517 | 1,304,384 | 1,287,303 |
| 26. Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 to 25) | 223,331,508 | 11,792,152 | 211,539,356 | 237,776,817 |
| 27. From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | 0 | 0 |
| 28. Total (Lines 26 and 27) | 223,331,508 | 11,792,152 | 211,539,356 | 237,776,817 |
| **DETAILS OF WRITE-INS** | | | | |
| 1101. | | | 0 | 0 |
| 1102. | | | 0 | 0 |
| 1103. | | | | |
| 1198. Summary of remaining write-ins for Line 11 from overflow page | 0 | 0 | 0 | 0 |
| 1199. Totals (Lines 1101 through 1103 plus 1198)(Line 11 above) | 0 | 0 | 0 | 0 |
| 2501. Equities and deposits in pools and associations | 763,186 | | 763,186 | 593,393 |
| 2502. Non Premium Receivable | 269,128 | | 269,128 | 551,579 |
| 2503. Prepaid Expense | 3,224,075 | 3,099,075 | 125,000 | 0 |
| 2598. Summary of remaining write-ins for Line 25 from overflow page | 152,512 | 5,442 | 147,070 | 142,331 |
| 2599. Totals (Lines 2501 through 2503 plus 2598)(Line 25 above) | 4,408,901 | 3,104,517 | 1,304,384 | 1,287,303 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# LIABILITIES, SURPLUS AND OTHER FUNDS

| | | 1 Current Statement Date | 2 December 31, Prior Year |
|---|---|---|---|
| 1. | Losses (current accident year $ 132,986 ) | 165,481,577 | 185,847,431 |
| 2. | Reinsurance payable on paid losses and loss adjustment expenses | 141,699 | 26,800 |
| 3. | Loss adjustment expenses | 32,398,687 | 36,709,757 |
| 4. | Commissions payable, contingent commissions and other similar charges | 1,181,357 | 1,170,319 |
| 5. | Other expenses (excluding taxes, licenses and fees) | 3,707,856 | 3,845,821 |
| 6. | Taxes, licenses and fees (excluding federal and foreign income taxes) | | |
| 7.1 | Current federal and foreign income taxes (including $ ...... on realized capital gains (losses)) | | |
| 7.2 | Net deferred tax liability | | |
| 8. | Borrowed money $ ...... and interest thereon $ ...... | | |
| 9. | Unearned premiums (after deducting unearned premiums for ceded reinsurance of $ 103,011 and including warranty reserves of $ ...... and accrued accident and health experience rating refunds including $ ...... for medical loss ratio rebate per the Public Health Service Act) | 779,041 | 559,909 |
| 10. | Advance premium | | |
| 11. | Dividends declared and unpaid: | | |
| | 11.1 Stockholders | | |
| | 11.2 Policyholders | | |
| 12. | Ceded reinsurance premiums payable (net of ceding commissions) | 327,544 | 317,055 |
| 13. | Funds held by company under reinsurance treaties | 955,450 | 1,018,381 |
| 14. | Amounts withheld or retained by company for account of others | 1,531,372 | 1,666,561 |
| 15. | Remittances and items not allocated | | |
| 16. | Provision for reinsurance | 164,800 | 164,800 |
| 17. | Net adjustments in assets and liabilities due to foreign exchange rates | | |
| 18. | Drafts outstanding | | |
| 19. | Payable to parent, subsidiaries and affiliates | | |
| 20. | Derivatives | | |
| 21. | Payable for securities | | |
| 22. | Payable for securities lending | | |
| 23. | Liability for amounts held under uninsured plans | | |
| 24. | Capital notes $ ...... and interest thereon $ ...... | | |
| 25. | Aggregate write-ins for liabilities | 3,278,425 | 3,595,020 |
| 26. | Total liabilities excluding protected cell liabilities (Lines 1 through 25) | 209,947,808 | 234,921,854 |
| 27. | Protected cell liabilities | | |
| 28. | Total liabilities (Lines 26 and 27) | 209,947,808 | 234,921,854 |
| 29. | Aggregate write-ins for special surplus funds | 0 | 0 |
| 30. | Common capital stock | 4,200,000 | 4,200,000 |
| 31. | Preferred capital stock | | |
| 32. | Aggregate write-ins for other than special surplus funds | 0 | 0 |
| 33. | Surplus notes | | |
| 34. | Gross paid in and contributed surplus | 454,675,000 | 454,675,000 |
| 35. | Unassigned funds (surplus) | (457,283,452) | (456,020,037) |
| 36. | Less treasury stock, at cost: | | |
| | 36.1 ...... shares common (value included in Line 30 $ ...... ) | | |
| | 36.2 ...... shares preferred (value included in Line 31 $ ...... ) | | |
| 37. | Surplus as regards policyholders (Lines 29 to 35, less 36) | 1,591,548 | 2,854,963 |
| 38. | Totals (Page 2, Line 28, Col. 3) | 211,539,356 | 237,776,817 |
| | **DETAILS OF WRITE-INS** | | |
| 2501. | Deposits by Insureds | 3,014,928 | 3,331,523 |
| 2502. | Other Liabilities | 263,497 | 263,497 |
| 2503. | | | 0 |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page | 0 | 0 |
| 2599. | Totals (Lines 2501 through 2503 plus 2598)(Line 25 above) | 3,278,425 | 3,595,020 |
| 2901. | | | |
| 2902. | | | |
| 2903. | | | |
| 2998. | Summary of remaining write-ins for Line 29 from overflow page | 0 | 0 |
| 2999. | Totals (Lines 2901 through 2903 plus 2998)(Line 29 above) | 0 | 0 |
| 3201. | | | |
| 3202. | | | |
| 3203. | | | |
| 3298. | Summary of remaining write-ins for Line 32 from overflow page | 0 | 0 |
| 3299. | Totals (Lines 3201 through 3203 plus 3298)(Line 32 above) | 0 | 0 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# STATEMENT OF INCOME

| | | 1<br>Current<br>Year to Date | 2<br>Prior Year<br>to Date | 3<br>Prior Year Ended<br>December 31 |
|---|---|---|---|---|
| | **UNDERWRITING INCOME** | | | |
| 1. | Premiums earned: | | | |
| | 1.1 Direct (written $ 31,986 ) | (212,001) | 2,333,060 | 4,565,710 |
| | 1.2 Assumed (written $ 182,892 ) | 238,461 | 370,911 | 1,450,982 |
| | 1.3 Ceded (written $ 40,456 ) | 71,170 | 96,858 | 578,457 |
| | 1.4 Net (written $ 174,422 ) | (44,710) | 2,607,113 | 5,438,235 |
| | **DEDUCTIONS:** | | | |
| 2. | Losses incurred (current accident year $ 145,603 ): | | | |
| | 2.1 Direct | (2,642,966) | 898,711 | 149,290 |
| | 2.2 Assumed | (134,146) | 1,928,751 | (7,081) |
| | 2.3 Ceded | (848,176) | (693,996) | (3,562,200) |
| | 2.4 Net | (1,928,936) | 3,521,458 | 3,704,409 |
| 3. | Loss adjustment expenses incurred | 3,342,098 | 2,292,866 | 11,833,111 |
| 4. | Other underwriting expenses incurred | 1,457,909 | 1,853,418 | 3,873,845 |
| 5. | Aggregate write-ins for underwriting deductions | 0 | 0 | (1,606,381) |
| 6. | Total underwriting deductions (Lines 2 through 5) | 2,871,071 | 7,667,742 | 17,804,984 |
| 7. | Net income of protected cells | | | |
| 8. | Net underwriting gain or (loss) (Line 1 minus Line 6 + Line 7) | (2,915,781) | (5,060,629) | (12,366,749) |
| | **INVESTMENT INCOME** | | | |
| 9. | Net investment income earned | 1,094,458 | 1,984,523 | 6,277,690 |
| 10. | Net realized capital gains (losses) less capital gains tax of $ | (36,343) | 1,693,887 | 1,665,530 |
| 11. | Net investment gain (loss) (Lines 9 + 10) | 1,058,115 | 3,678,410 | 7,943,220 |
| | **OTHER INCOME** | | | |
| 12. | Net gain or (loss) from agents' or premium balances charged off (amount recovered $ 45,726 amount charged off $ 21,332 ) | 24,394 | 1,123,463 | (679,766) |
| 13. | Finance and service charges not included in premiums | | 80 | 134 |
| 14. | Aggregate write-ins for miscellaneous income | 172,279 | 3 | 1,120,786 |
| 15. | Total other income (Lines 12 through 14) | 196,673 | 1,123,546 | 441,154 |
| 16. | Net income before dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Lines 8 + 11 + 15) | (1,660,993) | (258,673) | (3,982,375) |
| 17. | Dividends to policyholders | | | |
| 18. | Net income, after dividends to policyholders, after capital gains tax and before all other federal and foreign income taxes (Line 16 minus Line 17) | (1,660,993) | (258,673) | (3,982,375) |
| 19. | Federal and foreign income taxes incurred | | | |
| 20. | Net income (Line 18 minus Line 19)(to Line 22) | (1,660,993) | (258,673) | (3,982,375) |
| | **CAPITAL AND SURPLUS ACCOUNT** | | | |
| 21. | Surplus as regards policyholders, December 31 prior year | 2,854,963 | 3,380,107 | 3,380,107 |
| 22. | Net income (from Line 20) | (1,660,993) | (258,673) | (3,982,375) |
| 23. | Net transfers (to) from Protected Cell accounts | | | |
| 24. | Change in net unrealized capital gains (losses) less capital gains tax of $ | | (17,756) | (17,756) |
| 25. | Change in net unrealized foreign exchange capital gain (loss) | | | |
| 26. | Change in net deferred income tax | | | |
| 27. | Change in nonadmitted assets | 397,578 | (140,167) | 2,021,136 |
| 28. | Change in provision for reinsurance | | 13,400 | 221,600 |
| 29. | Change in surplus notes | | | |
| 30. | Surplus (contributed to) withdrawn from protected cells | | | |
| 31. | Cumulative effect of changes in accounting principles | | | 1,232,252 |
| 32. | Capital changes: | | | |
| | 32.1 Paid in | | | |
| | 32.2 Transferred from surplus (Stock Dividend) | | | |
| | 32.3 Transferred to surplus | | | |
| 33. | Surplus adjustments: | | | |
| | 33.1 Paid in | 0 | 0 | 0 |
| | 33.2 Transferred to capital (Stock Dividend) | | | |
| | 33.3 Transferred from capital | | | |
| 34. | Net remittances from or (to) Home Office | | | |
| 35. | Dividends to stockholders | | | |
| 36. | Change in treasury stock | | | 0 |
| 37. | Aggregate write-ins for gains and losses in surplus | 0 | 0 | 0 |
| 38. | Change in surplus as regards policyholders (Lines 22 through 37) | (1,263,415) | (403,196) | (525,143) |
| 39. | Surplus as regards policyholders, as of statement date (Lines 21 plus 38) | 1,591,548 | 2,976,911 | 2,854,963 |
| | **DETAILS OF WRITE-INS** | | | |
| 0501. | Assigned Risk Service Carrier Fees | | | (1,606,381) |
| 0502. | | | | |
| 0503. | | | | |
| 0598. | Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 |
| 0599. | Totals (Lines 0501 through 0503 plus 0598)(Line 5 above) | 0 | 0 | (1,606,381) |
| 1401. | Service Fee Income | 172,279 | 3 | 1,120,786 |
| 1402. | | | | 0 |
| 1403. | | | | |
| 1498. | Summary of remaining write-ins for Line 14 from overflow page | 0 | 0 | 0 |
| 1499. | Totals (Lines 1401 through 1403 plus 1498)(Line 14 above) | 172,279 | 3 | 1,120,786 |
| 3701. | | | | 0 |
| 3702. | | | | |
| 3703. | | | | |
| 3798. | Summary of remaining write-ins for Line 37 from overflow page | 0 | 0 | 0 |
| 3799. | Totals (Lines 3701 through 3703 plus 3798)(Line 37 above) | 0 | 0 | 0 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# CASH FLOW

| | | 1<br>Current Year<br>To Date | 2<br>Prior Year<br>To Date | 3<br>Prior Year Ended<br>December 31 |
|---|---|---|---|---|
| | **Cash from Operations** | | | |
| 1. | Premiums collected net of reinsurance | 500,134 | 4,299,704 | 7,754,481 |
| 2. | Net investment income | 1,383,120 | 3,488,244 | 10,574,689 |
| 3. | Miscellaneous income | 431,231 | 1,123,546 | 206,596 |
| 4. | Total (Lines 1 to 3) | 2,314,485 | 8,911,494 | 18,535,766 |
| 5. | Benefit and loss related payments | 17,869,550 | 30,454,507 | 119,525,394 |
| 6. | Net transfers to Separate Accounts, Segregated Accounts and Protected Cell Accounts | 0 | 0 | 0 |
| 7. | Commissions, expenses paid and aggregate write-ins for deductions | 9,238,004 | 15,983,049 | 50,582,063 |
| 8. | Dividends paid to policyholders | 0 | 0 | 0 |
| 9. | Federal and foreign income taxes paid (recovered) net of $ ........ tax on capital gains (losses) | 0 | 0 | 0 |
| 10. | Total (Lines 5 through 9) | 27,107,554 | 46,437,556 | 170,107,457 |
| 11. | Net cash from operations (Line 4 minus Line 10) | (24,793,069) | (37,526,062) | (151,571,691) |
| | **Cash from Investments** | | | |
| 12. | Proceeds from investments sold, matured or repaid: | | | |
| | 12.1 Bonds | 3,300,241 | 107,581,955 | 216,929,050 |
| | 12.2 Stocks | 0 | 24,456 | 24,456 |
| | 12.3 Mortgage loans | 0 | 0 | 0 |
| | 12.4 Real estate | 0 | 0 | 0 |
| | 12.5 Other invested assets | 0 | 0 | 0 |
| | 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments | (39,155) | 5,726 | 13,517 |
| | 12.7 Miscellaneous proceeds | 0 | 7,135,855 | 326,054 |
| | 12.8 Total investment proceeds (Lines 12.1 to 12.7) | 3,261,086 | 114,747,992 | 217,293,077 |
| 13. | Cost of investments acquired (long-term only): | | | |
| | 13.1 Bonds | 0 | 12,683,831 | 36,603,226 |
| | 13.2 Stocks | 0 | 0 | 0 |
| | 13.3 Mortgage loans | 0 | 0 | 0 |
| | 13.4 Real estate | 3,120 | 2,288 | 2,288 |
| | 13.5 Other invested assets | 0 | 0 | 0 |
| | 13.6 Miscellaneous applications | 295,874 | 0 | 0 |
| | 13.7 Total investments acquired (Lines 13.1 to 13.6) | 298,994 | 12,686,119 | 36,605,514 |
| 14. | Net increase (or decrease) in contract loans and premium notes | 0 | 0 | 0 |
| 15. | Net cash from investments (Line 12.8 minus Line 13.7 and Line 14) | 2,962,092 | 102,061,873 | 180,687,563 |
| | **Cash from Financing and Miscellaneous Sources** | | | |
| 16. | Cash provided (applied): | | | |
| | 16.1 Surplus notes, capital notes | 0 | 0 | 0 |
| | 16.2 Capital and paid in surplus, less treasury stock | 0 | 0 | 0 |
| | 16.3 Borrowed funds | 0 | 0 | 0 |
| | 16.4 Net deposits on deposit-type contracts and other insurance liabilities | 0 | 0 | 0 |
| | 16.5 Dividends to stockholders | 0 | 0 | 0 |
| | 16.6 Other cash provided (applied) | (400,432) | (2,163,036) | (1,166,635) |
| 17. | Net cash from financing and miscellaneous sources (Line 16.1 through Line 16.4 minus Line 16.5 plus Line 16.6) | (400,432) | (2,163,036) | (1,166,635) |
| | **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | | |
| 18. | Net change in cash, cash equivalents and short-term investments (Line 11, plus Lines 15 and 17) | (22,231,409) | 62,372,775 | 27,949,237 |
| 19. | Cash, cash equivalents and short-term investments: | | | |
| | 19.1 Beginning of year | 62,285,076 | 34,335,839 | 34,335,839 |
| | 19.2 End of period (Line 18 plus Line 19.1) | 40,053,667 | 96,708,614 | 62,285,076 |

Note: Supplemental disclosures of cash flow information for non-cash transactions:

# NOTES TO FINANCIAL STATEMENTS

Note 1. Summary of Significant Accounting Policies

A. Accounting Practices

The financial statements of Lincoln General Insurance Company ("Company" or "Lincoln") are presented on the basis of accounting practices prescribed or permitted by the Insurance Department of the Commonwealth of Pennsylvania ("PID").

The PID recognizes only statutory accounting practices prescribed by the Commonwealth of Pennsylvania for determining and reporting the financial condition and results of operations of an insurance company, and for determining its solvency under the Pennsylvania Insurance Law. The National Association of Insurance Commissioners' (NAIC) *Accounting Practices and Procedures* manual has been adopted as a component of prescribed or permitted practices by the Commonwealth of Pennsylvania. The Insurance Commissioner has the right to permit other specific practices that deviate from prescribed practices.

The Company, with the explicit permission of the PID, recorded all of its loss and loss adjustment expense reserves on a discounted basis effective September 30, 2009. Under the requirements of SSAP No. 55: Par. 8 (Unpaid Claims, Losses and Loss Adjustment Expenses) the Company is required to record its loss and loss adjustment expense reserves at the estimated ultimate cost of settling the claims and the loss and loss adjustment expense reserves shall not be discounted.

The implementation of recording loss and loss adjustment expense reserves on a discounted basis was accounted for as a change in accounting principle and had the effect of initially increasing surplus by $37,514,787 as of September 30, 2009. The implementation of this permitted accounting practice did not alter the company's regulatory action level under risk-based capital.

See note 32 for additional details.

A reconciliation of the Company's net income and capital and surplus between NAIC SAP and permitted practices by the PID of Lincoln is shown below:

| | | | Three months Ending March 31, 2012 | Twelve months Ending December 31, 2011 |
|---|---|---|---|---|
| Net Income | | | | |
| (1) | Lincoln General Insurance Company Pennsylvania basis | | $ (1,660,993) | $ (3,982,375) |
| (2) | Permitted Practice - recorded all loss and loss adjustment expense reserves on a discounted basis. | | (1,724,581) | (9,066,586) |
| (3) | NAIC SAP | (1-2=3) | $ 63,588 | $ 5,084,211 |
| Surplus | | | | |
| (4) | Lincoln General Insurance Company Pennsylvania basis | | $ 1,591,548 | $ 2,854,963 |
| (5) | Permitted Practice - recorded all loss and loss adjustment expense reserves on a discounted basis. | | 11,524,207 | 13,248,788 |
| (6) | NAIC SAP | (4-5=6) | $ (9,932,659) | $ (10,393,825) |

# NOTES TO FINANCIAL STATEMENTS

Note 2. None
Note 3. None
Note 4. None
Note 5. Loan-Backed Securities

1. All prepayment rates (CPR and PSA) for mortgage-backed/loan-backed and structured securities, as well as principal start and end dates, are provided by BlackRock Financial Management's proprietary prepayment modeling system.

2. Not Applicable

3. Not Applicable

4. All impaired securities for which an other-than-temporary impairment has not been recognized in earnings as a realized loss.

| | Book/Adj Carry Value | NAIC Fair Market Value | Unrealized Loss |
|---|---|---|---|
| Less than 12 Months | | | |
| MBS/CMO/ABS | $ 889,270 | $ 855,196 | $ 34,074 |
| Greater than 12 Months | | | |
| MBS/CMO/ABS | $ - | $ - | $ - |

5. There are a number of factors that are considered in determining if an Other-Than-Temporary Impairment does not exist for an investment, including but not limited to: debt burden, credit ratings, sector, liquidity, financial flexibility, company management, expected earnings and cash flow stream, and economic prospects associated with the investment.

Note 6. None
Note 7. None
Note 8. None
Note 9. None
Note 10. Information Concerning Parent, Subsidiaries and Affiliates

a) On October 19, 2009, Kingsway Financial Services, Inc. (Kingsway) issued a press release stating that Kingsway America, Inc. ("Kingsway America"), an intermediate holding company wholly owned by Kingsway, had disposed of its entire interest in Walshire Assurance Company ("Walshire"), another intermediate holding company that owned all of the outstanding stock of Lincoln, and that, as a consequence of the disposition ("Disposition"), the Company ceased to be a member of Kingsway's consolidated group of companies. In a letter dated October 20, 2009, the PID objected to the Disposition and directed that the Disposition be unwound until such time as the PID had an opportunity to review the transaction. In November 2009, Kingsway America and the PID both initiated legal action in regards to the Disposition. On April 1, 2010, the Pennsylvania Commonwealth Court ruled that the Disposition by Kingsway and Kingsway America did not violate the Insurance Holding Companies Act or the General Association Amendments ("GAA"). On April 30, 2010, the PID appealed the April 1, 2010 ruling. The PID filed a brief in support of its appeal on July 19, 2010. Kingsway opposed the appeal. The parties completed briefing the matter on September 7, 2010, and the PID requested an advanced date of argument on the same day. On January 3, 2011 the Supreme Court ordered selected issues to be scheduled for oral argument at the next available time.

On October 17, 2011, Tawa PLC (Tawa) announced that following regulatory approvals from the PID, it had completed its acquisition of a majority stake in a newly formed holding company, LGIC Holdings, LLC ("Holdings"). Holdings owns 100% of the outstanding stock in Walshire and Lincoln. Kingsway purchased a minority stake in Holdings. As a result of the acquisition, all legal disputes between Kingsway and the PID were dismissed.

Note 11. None
Note 12. None
Note 13. None
Note 14. None
Note 15. None
Note 16. None
Note 17. None

# NOTES TO FINANCIAL STATEMENTS

Note 18. None
Note 19. None
Note 20. None
Note 21. Other items

A. 1. On February 9, 2009, Lincoln discontinued the writing of new business. In addition, the Company began a process that would result in a voluntary, solvent run-off of all business. As a result of this decision, and at the request of the PID, the Company entered into a letter agreement with the PID (the "Letter Agreement") dated March 11, 2009. Among other things, the Letter Agreement required the Company to substantially cease all new writings of insurance except where otherwise required by law or pre-existing contractual obligations. This undertaking will ultimately result in the completion of an ongoing, orderly process of discontinuing all lines of business, a process which the Company began in 2008.

On March 1, 2010, following Lincoln's timely filing of its 2009 Annual Statement, a "regulatory action level event" occurred under Pennsylvania insurance law. This triggered a statutory obligation for Lincoln to prepare and submit for acceptance by the PID a formal, comprehensive Risk Based Capital Plan setting out the Company's proposals for dealing with its capital inadequacy ("the 2010 RBC Plan").

The 2010 RBC Plan was a run-off plan that provided for the orderly, efficient resolution and payment of all policy-related obligations in full and satisfaction of all other liabilities. The 2010 RBC Plan covers all material operations of the Company. The 2010 RBC Plan was submitted to the PID on April 30, 2010. On May 27, 2010 the Company received notification from the PID that the 2010 RBC Plan was satisfactory pursuant to 40 P.S. § 221.6-A(c).

In 2010, Lincoln carried out many of the objectives outlined in the 2010 RBC Plan. However, on March 1, 2011, following Lincoln's timely filing of its 2010 Annual Statement, another "regulatory action level event" occurred under Pennsylvania insurance law. This triggered a statutory obligation for Lincoln to prepare and submit for acceptance by the PID a new, formal, comprehensive Risk Based Capital Plan setting out the Company's proposals for dealing with its capital inadequacy ("the 2011 RBC Plan").

The 2011 RBC Plan is a run-off plan that provides for the orderly, efficient resolution and payment of all policy-related obligations in full and satisfaction of all other liabilities. The 2011 RBC Plan covers all material operations of the Company. On May 31, 2011 the Company received notification from the PID that the 2011 RBC Plan was satisfactory pursuant to 40 P.S. § 221.6-A(c).

In 2011, Lincoln carried out many of the objectives outlined in the 2011 RBC Plan. However, on March 1, 2012, following Lincoln's timely filing of its 2011 Annual Statement, another "regulatory action level event" occurred under Pennsylvania insurance law. This triggered a statutory obligation for Lincoln to prepare and submit for acceptance by the PID a new, formal, comprehensive Risk Based Capital Plan setting out the Company's proposals for dealing with its capital inadequacy. The Company will be submitting the 2012 RBC Plan to the PID by May 31, 2012.

2. In the 2009 and 2010 Audited financial statements the Company disclosed doubt about its ability to continue as a going concern. The Company's run-off plan, current RBC position, and the uncertainty of the ultimate settlement value of the insurance liabilities raise substantial doubt about the Company's ability to continue as a going concern. The Company expects that the 2011 Audited financial statements will also disclose doubt about its ability to continue as a going concern.

Note 22. None
Note 23. None
Note 24. None
Note 25. None
Note 26. None
Note 27. None
Note 28. None
Note 29. None
Note 30. None
Note 31. None

# NOTES TO FINANCIAL STATEMENTS

Note 32. Discounting of Liabilities for Unpaid Losses or Unpaid Loss Adjustment Expenses

All of the Company's reserves have been discounted utilizing the non-tabular discounting at a rate of 2.75%. This discount rate is based upon the Company's investment portfolio. The total amount of discount as of March 31, 2012 is $11,524,207. The amount of discount by line of business and reserve category is provided in the table below.

| Line of Business | (1) Case | (2) IBNR | (3) Defense & Cost Containment Expense | (4) Adjusting & Other Expense | (5) Total |
|---|---|---|---|---|---|
| 1. Homeowners/Farmowners | 5,640 | 5,639 | 2,066 | 8,971 | 22,316 |
| 2. Private Passenger Auto Liability/Medical | 505,959 | (28,168) | (7,696) | 28,291 | 498,386 |
| 3. Commercial Auto/Truck Liability/Medical | 1,777,941 | 300,024 | 71,795 | 185,920 | 2,335,680 |
| 4. Workers' Compensation | 1,178,812 | 920,731 | 232,464 | 179,847 | 2,511,854 |
| 5. Commercial Multiple Peril | 425 | 39 | 25 | 279 | 768 |
| 6. Medical Malpractice - occurrence | 0 | 0 | 0 | 0 | 0 |
| 7. Medical Malpractice - claims-made | 0 | 0 | 0 | 0 | 0 |
| 8. Special Liability | 31,611 | 3,338 | 592 | 1,510 | 37,051 |
| 9. Other Liability - Occurrence | 1,518,649 | 1,350,181 | 662,071 | 547,246 | 4,078,147 |
| 10. Other Liability - claims-made | 0 | 0 | 0 | 0 | 0 |
| 11. Special Property | 1,994 | 2,351 | 1,226 | 2,658 | 8,229 |
| 12. Auto Physical Damage | 290 | 443 | 748 | 7,736 | 9,217 |
| 13. Fidelity, Surety | 1,683,423 | 262,457 | 36,753 | 37,299 | 2,019,932 |
| 14. Other (including Credit, Accident & Health) | 0 | 0 | 0 | 0 | 0 |
| 15. International | 0 | 0 | 0 | 0 | 0 |
| 16. Reinsurance Nonproportional Assumed Property | 0 | 1,186 | 227 | 1,214 | 2,627 |
| 17. Reinsurance Nonproportional Assumed Liability | 0 | 0 | 0 | 0 | 0 |
| 18. Reinsurance Nonproportional Assumed Financial Lines | 0 | 0 | 0 | 0 | 0 |
| 19. Products Liability - occurrence | 0 | 0 | 0 | 0 | 0 |
| 20. Products Liability - claims-made | 0 | 0 | 0 | 0 | 0 |
| 21. Financial Guaranty/Mortgage Guaranty | 0 | 0 | 0 | 0 | 0 |
| 22. Warranty | 0 | 0 | 0 | 0 | 0 |
| 23. Total | 6,704,744 | 2,818,221 | 1,000,271 | 1,000,971 | 11,524,207 |

Note 33. None
Note 34. None
Note 35. None
Note 36. None

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

### GENERAL

1.1 Did the reporting entity experience any material transactions requiring the filing of Disclosure of Material Transactions with the State of Domicile, as required by the Model Act? ..... Yes [ ] No [ X ]

1.2 If yes, has the report been filed with the domiciliary state? ..... Yes [ ] No [ ]

2.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity? ..... Yes [ ] No [ X ]

2.2 If yes, date of change: .....

3. Have there been any substantial changes in the organizational chart since the prior quarter end? ..... Yes [ X ] No [ ]
If yes, complete the Schedule Y - Part 1 - organizational chart.

4.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement? ..... Yes [ ] No [ X ]

4.2 If yes, provide the name of the entity, NAIC Company Code, and state of domicile (use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1<br>Name of Entity | 2<br>NAIC Company Code | 3<br>State of Domicile |
|---|---|---|
| | | |

5. If the reporting entity is subject to a management agreement, including third-party administrator(s), managing general agent(s), attorney-in-fact, or similar agreement, have there been any significant changes regarding the terms of the agreement or principals involved? ..... Yes [ X ] No [ ] N/A [ ]
If yes, attach an explanation.
Lincoln General Insurance Company entered into a Run-Off Management Agreement, effective April 1, 2012, with Pro IS, Inc.

6.1 State as of what date the latest financial examination of the reporting entity was made or is being made. ..... 12/31/2012

6.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released. ..... 12/31/2007

6.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date). ..... 07/25/2009

6.4 By what department or departments?
Pennsylvania

6.5 Have all financial statement adjustments within the latest financial examination report been accounted for in a subsequent financial statement filed with Departments? ..... Yes [ X ] No [ ] N/A [ ]

6.6 Have all of the recommendations within the latest financial examination report been complied with? ..... Yes [ X ] No [ ] N/A [ ]

7.1 Has this reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period? ..... Yes [ ] No [ X ]

7.2 If yes, give full information:

8.1 Is the company a subsidiary of a bank holding company regulated by the Federal Reserve Board? ..... Yes [ ] No [ X ]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms? ..... Yes [ ] No [ X ]

8.4 If response to 8.3 is yes, please provide below the names and location (city and state of the main office) of any affiliates regulated by a federal regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.

| 1<br>Affiliate Name | 2<br>Location (City, State) | 3<br>FRB | 4<br>OCC | 5<br>FDIC | 6<br>SEC |
|---|---|---|---|---|---|
| | | | | | |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# GENERAL INTERROGATORIES

9.1 Are the senior officers (principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions) of the reporting entity subject to a code of ethics, which includes the following standards? ....... Yes [ X ] No [ ]
(a) Honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;
(b) Full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the reporting entity;
(c) Compliance with applicable governmental laws, rules and regulations;
(d) The prompt internal reporting of violations to an appropriate person or persons identified in the code; and
(e) Accountability for adherence to the code.

9.11 If the response to 9.1 is No, please explain:

9.2 Has the code of ethics for senior managers been amended? ....... Yes [ ] No [ X ]

9.21 If the response to 9.2 is Yes, provide information related to amendment(s).

9.3 Have any provisions of the code of ethics been waived for any of the specified officers? ....... Yes [ ] No [ X ]

9.31 If the response to 9.3 is Yes, provide the nature of any waiver(s).

## FINANCIAL

10.1 Does the reporting entity report any amounts due from parent, subsidiaries or affiliates on Page 2 of this statement? ....... Yes [ X ] No [ ]

10.2 If yes, indicate any amounts receivable from parent included in the Page 2 amount: ....... $ 172,278

## INVESTMENT

11.1 Were any of the stocks, bonds, or other assets of the reporting entity loaned, placed under option agreement, or otherwise made available for use by another person? (Exclude securities under securities lending agreements.) ....... Yes [ ] No [ X ]

11.2 If yes, give full and complete information relating thereto:

12. Amount of real estate and mortgages held in other invested assets in Schedule BA: ....... $

13. Amount of real estate and mortgages held in short-term investments: ....... $

14.1 Does the reporting entity have any investments in parent, subsidiaries and affiliates? ....... Yes [ ] No [ X ]

14.2 If yes, please complete the following:

| | | 1<br>Prior Year-End<br>Book/Adjusted<br>Carrying Value | 2<br>Current Quarter<br>Book/Adjusted<br>Carrying Value |
|---|---|---|---|
| 14.21 | Bonds | $ 0 | $ |
| 14.22 | Preferred Stock | $ 0 | $ |
| 14.23 | Common Stock | $ 0 | $ |
| 14.24 | Short-Term Investments | $ 0 | $ |
| 14.25 | Mortgage Loans on Real Estate | $ 0 | $ |
| 14.26 | All Other | $ 0 | $ |
| 14.27 | Total Investment in Parent, Subsidiaries and Affiliates (Subtotal Lines 14.21 to 14.26) | $ 0 | $ 0 |
| 14.28 | Total Investment in Parent included in Lines 14.21 to 14.26 above | $ | $ |

15.1 Has the reporting entity entered into any hedging transactions reported on Schedule DB? ....... Yes [ ] No [ X ]

15.2 If yes, has a comprehensive description of the hedging program been made available to the domiciliary state? ....... Yes [ ] No [ ]
If no, attach a description with this statement.

# GENERAL INTERROGATORIES

16. Excluding items in Schedule E - Part 3 - Special Deposits, real estate, mortgage loans and investments held physically in the reporting entity's offices, vaults or safety deposit boxes, were all stocks, bonds and other securities, owned throughout the current year held pursuant to a custodial agreement with a qualified bank or trust company in accordance with Section 1, III - General Examination Considerations, F. Outsourcing of Critical Functions, Custodial or Safekeeping Agreements of the NAIC Financial Condition Examiners Handbook? .................... Yes [ X ] No [ ]

16.1 For all agreements that comply with the requirements of the NAIC Financial Condition Examiners Handbook, complete the following:

| 1<br>Name of Custodian(s) | 2<br>Custodian Address |
|---|---|
| Bank of America Merrill Lynch | 540 W. Madison, Suite 2006, Chicago, IL 60661 |

16.2 For all agreements that do not comply with the requirements of the NAIC Financial Condition Examiners Handbook, provide the name, location and a complete explanation:

| 1<br>Name(s) | 2<br>Location(s) | 3<br>Complete Explanation(s) |
|---|---|---|
| | | |

16.3 Have there been any changes, including name changes, in the custodian(s) identified in 16.1 during the current quarter? ................................ Yes [ ] No [ X ]

16.4 If yes, give full information relating thereto:

| 1<br>Old Custodian | 2<br>New Custodian | 3<br>Date of Change | 4<br>Reason |
|---|---|---|---|
| | | | |

16.5 Identify all investment advisors, brokers/dealers or individuals acting on behalf of broker/dealers that have access to the investment accounts, handle securities and have authority to make investments on behalf of the reporting entity:

| 1<br>Central Registration Depository | 2<br>Name(s) | 3<br>Address |
|---|---|---|
| 107105 | BlackRock | 52 E. 52nd Street, New York, NY 10055 |

17.1 Have all the filing requirements of the Purposes and Procedures Manual of the NAIC Securities Valuation Office been followed? ........................ Yes [ X ] No [ ]

17.2 If no, list exceptions:

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# GENERAL INTERROGATORIES

## PART 2 - PROPERTY & CASUALTY INTERROGATORIES

1. If the reporting entity is a member of a pooling arrangement, did the agreement or the reporting entity's participation change? Yes [ ] No [ ] N/A [ X ]
If yes, attach an explanation.

2. Has the reporting entity reinsured any risk with any other reporting entity and agreed to release such entity from liability, in whole or in part, from any loss that may occur on the risk, or portion thereof, reinsured? Yes [ ] No [ X ]
If yes, attach an explanation.

3.1 Have any of the reporting entity's primary reinsurance contracts been canceled? Yes [ ] No [ X ]

3.2 If yes, give full and complete information thereto.

4.1 Are any of the liabilities for unpaid losses and loss adjustment expenses other than certain workers' compensation tabular reserves (see Annual Statement Instructions pertaining to disclosure of discounting for definition of " tabular reserves" ) discounted at a rate of interest greater than zero? Yes [ X ] No [ ]

4.2 If yes, complete the following schedule:

| | | | TOTAL DISCOUNT | | | | DISCOUNT TAKEN DURING PERIOD | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>Line of Business | 2<br>Maximum Interest | 3<br>Discount Rate | 4<br>Unpaid Losses | 5<br>Unpaid LAE | 6<br>IBNR | 7<br>TOTAL | 8<br>Unpaid Losses | 9<br>Unpaid LAE | 10<br>IBNR | 11<br>TOTAL |
| Homeowners/Farmowners | 0.0 | 2.750 | 5,640 | 11,037 | 5,639 | 22,316 | (1,073) | (3,505) | (3,077) | (7,655) |
| Private Passenger Auto Liability/Medical | 0.0 | 2.750 | 505,959 | 20,595 | (28,168) | 498,386 | (15,099) | (25,582) | (95,067) | (135,748) |
| Commercial Auto/Truck Liability/Medical | 0.0 | 2.750 | 1,777,941 | 257,715 | 300,024 | 2,335,680 | (153,262) | (67,950) | (214,567) | (435,779) |
| Workers' Compensation | 0.0 | 2.750 | 1,178,812 | 412,311 | 920,731 | 2,511,854 | (131,458) | (15,162) | (1,654) | (148,274) |
| Commercial Multiple Peril | 0.0 | 2.750 | 425 | 304 | 39 | 768 | 424 | (45) | (56) | 323 |
| Special Liability | 0.0 | 2.750 | 31,611 | 2,102 | 3,338 | 37,051 | 14,408 | (205) | 562 | 14,765 |
| Other Liability-Occurrence | 0.0 | 2.750 | 1,518,649 | 1,209,317 | 1,350,181 | 4,078,147 | (274,678) | (160,563) | (212,855) | (648,096) |
| Special Property | 0.0 | 2.750 | 1,994 | 3,884 | 2,351 | 8,229 | 403 | 404 | 746 | 1,553 |
| Auto Physical Damage | 0.0 | 2.750 | 290 | 8,484 | 443 | 9,217 | (596) | (970) | (542) | (2,108) |
| Fidelity, Surety | 0.0 | 2.750 | 1,683,423 | 74,052 | 262,457 | 2,019,932 | (296,894) | (8,378) | (54,695) | (359,967) |
| Reinsurance Nonproportional Assumed Property | 0.0 | 2.750 | 0 | 1,441 | 1,186 | 2,627 | 0 | (1,529) | (2,066) | (3,595) |
| | | TOTAL | 6,704,744 | 2,001,242 | 2,818,221 | 11,524,207 | (857,825) | (283,485) | (583,271) | (1,724,581) |

5. Operating Percentages:

5.1 A&H loss percent %

5.2 A&H cost containment percent %

5.3 A&H expense percent excluding cost containment expenses %

6.1 Do you act as a custodian for health savings accounts? Yes [ ] No [ X ]

6.2 If yes, please provide the amount of custodial funds held as of the reporting date $

6.3 Do you act as an administrator for health savings accounts? Yes [ ] No [ X ]

6.4 If yes, please provide the balance of the funds administered as of the reporting date $

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE F - CEDED REINSURANCE

Showing All New Reinsurers - Current Year to Date

| 1<br>NAIC Company Code | 2<br>Federal ID Number | 3<br>Name of Reinsurer | 4<br>Domiciliary Jurisdiction | 5<br>Is Insurer Authorized? (Yes or No) |
|---|---|---|---|---|

NONE

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE T - EXHIBIT OF PREMIUMS WRITTEN

Current Year to Date - Allocated by States and Territories

| | 1 | Direct Premiums Written | | Direct Losses Paid (Deducting Salvage) | | Direct Losses Unpaid | |
|---|---|---|---|---|---|---|---|
| States, etc. | Active Status | 2<br>Current Year To Date | 3<br>Prior Year To Date | 4<br>Current Year To Date | 5<br>Prior Year To Date | 6<br>Current Year To Date | 7<br>Prior Year To Date |
| 1. Alabama AL | L | | 500 | 99,000 | 312,089 | 1,943,266 | 3,998,116 |
| 2. Alaska AK | L | | | | | | |
| 3. Arizona AZ | L | 25,940 | 58,700 | 721,138 | 164,165 | 1,593,248 | 3,725,251 |
| 4. Arkansas AR | L | | | 125,000 | (964) | 306,617 | 1,363,058 |
| 5. California CA | L | 74,653 | 30,664 | 4,068,288 | 5,566,607 | 53,262,872 | 90,393,855 |
| 6. Colorado CO | L | | (354) | | | 737 | 114,468 |
| 7. Connecticut CT | L | | | 345,002 | 29,959 | 1,775,711 | 3,228,326 |
| 8. Delaware DE | L | | | 50,000 | 3,010 | 253,237 | 729,843 |
| 9. District of Columbia DC | L | | | | 9,743 | 1,558 | 9,877 |
| 10. Florida FL | N | (776) | (27,310) | 354,791 | 2,497,786 | 4,860,187 | 12,453,835 |
| 11. Georgia GA | L | (68,779) | 27 | (53,244) | 222,251 | 3,942,409 | 7,121,275 |
| 12. Hawaii HI | L | | | | | 14,557 | 107,094 |
| 13. Idaho ID | L | | | | | 16,315 | 151,925 |
| 14. Illinois IL | L | 1,000 | (2,516) | 860,736 | 1,273,818 | 8,487,902 | 15,891,359 |
| 15. Indiana IN | L | | | 16,824 | 105,576 | 1,358,398 | 742,240 |
| 16. Iowa IA | L | | | | | 3,702 | 930,566 |
| 17. Kansas KS | L | | | | | 180,465 | 335,031 |
| 18. Kentucky KY | L | | | 15,617 | 246,609 | 867,798 | 1,313,222 |
| 19. Louisiana LA | L | | | 198,319 | 244,592 | 1,266,819 | 2,988,519 |
| 20. Maine ME | L | | | | 24,991 | 143,248 | 427,637 |
| 21. Maryland MD | L | 224 | | 65,459 | 466,161 | 1,006,972 | 1,788,998 |
| 22. Massachusetts MA | L | | | | | | |
| 23. Michigan MI | L | | (34) | 269,961 | 141,245 | 1,905,087 | 3,067,463 |
| 24. Minnesota MN | L | | | | 633,725 | 497,092 | 1,750,142 |
| 25. Mississippi MS | L | (29,908) | | 104,000 | 207,832 | 1,010,886 | 2,168,788 |
| 26. Missouri MO | L | | | 21,727 | 174,659 | 688,948 | 893,174 |
| 27. Montana MT | L | | | | 820 | 5,159 | 307 |
| 28. Nebraska NE | L | | | | (1,116) | 58,206 | 50,433 |
| 29. Nevada NV | L | 19,272 | 63,778 | 250,501 | 754,530 | 6,319,410 | 6,321,800 |
| 30. New Hampshire NH | L | | | | | | |
| 31. New Jersey NJ | L | 37,783 | 8,520 | 1,119,310 | 3,592,359 | 8,589,221 | 17,953,906 |
| 32. New Mexico NM | L | | | | | 44 | 305,451 |
| 33. New York NY | L | 12,431 | (308,779) | 3,906,547 | 6,878,972 | 35,131,432 | 48,218,053 |
| 34. North Carolina NC | L | | | 25,440 | 78,234 | 3,111,144 | 2,718,169 |
| 35. North Dakota ND | L | | | | 1,035 | | 41,915 |
| 36. Ohio OH | L | 2,033 | 15,429 | 327,328 | (2,544) | 710,579 | 2,318,020 |
| 37. Oklahoma OK | L | (776) | | | 400,150 | 1,149,400 | 614,557 |
| 38. Oregon OR | L | | (100) | 19,000 | 260,000 | 189,383 | 109,293 |
| 39. Pennsylvania PA | L | 66,547 | 69,221 | 2,361,785 | 1,226,862 | 9,080,818 | 16,562,626 |
| 40. Rhode Island RI | L | | | 171,400 | 9,000 | | 163,179 |
| 41. South Carolina SC | L | (110,193) | | 1,548 | 179,345 | 218,051 | 747,821 |
| 42. South Dakota SD | L | | | | | 35,599 | 32,229 |
| 43. Tennessee TN | L | | 17 | 442,098 | 317,517 | 2,326,325 | 3,099,768 |
| 44. Texas TX | L | | (10,913) | 379,765 | 2,031,548 | 7,820,877 | 11,364,446 |
| 45. Utah UT | L | 807 | 44,214 | 17,720 | 90,360 | 436,816 | 472,864 |
| 46. Vermont VT | L | | | (30,000) | 18,873 | | 49,045 |
| 47. Virginia VA | L | | | (199) | 216,355 | 260,213 | 972,459 |
| 48. Washington WA | L | 1,728 | (8,544) | 199,157 | 147,189 | 1,143,779 | 1,924,954 |
| 49. West Virginia WV | L | | | | 75,500 | 930,985 | 859,229 |
| 50. Wisconsin WI | L | | | | | 189,289 | 573,658 |
| 51. Wyoming WY | L | | | | | | |
| 52. American Samoa AS | | | | | | | |
| 53. Guam GU | | | | | | | |
| 54. Puerto Rico PR | | | | | | | |
| 55. U.S. Virgin Islands VI | | | | | | | |
| 56. Northern Mariana Islands MP | | | | | | | |
| 57. Canada CN | | | | | | | |
| 58. Aggregate Other Alien OT | XXX | 0 | 0 | 0 | 0 | 0 | 0 |
| 59. Totals | (a) 50 | 31,986 | (67,480) | 16,454,018 | 28,598,843 | 163,094,761 | 271,168,244 |
| DETAILS OF WRITE-INS | | | | | | | |
| 5801. | XXX | | | | | | |
| 5802. | XXX | | | | | | |
| 5803. | XXX | | | | | | |
| 5898. Summary of remaining write-ins for Line 58 from overflow page | XXX | 0 | 0 | 0 | 0 | 0 | 0 |
| 5899. Totals (Lines 5801 through 5803 plus 5898)(Line 58 above) | XXX | 0 | 0 | 0 | 0 | 0 | 0 |

(L) Licensed or Chartered - Licensed Insurance Carrier or Domiciled RRG; (R) Registered - Non-domiciled RRGs; (Q) Qualified - Qualified or Accredited Reinsurer; (E) Eligible - Reporting Entities eligible or approved to write Surplus Lines in the state; (N) None of the above - Not allowed to write business in the state.

(a) Insert the number of L responses except for Canada and Other Alien.

STATEMENT AS OF MARCH 31, 2012 OF THE   LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE Y - INFORMATION CONCERNING ACTIVITIES OF INSURER MEMBERS OF A HOLDING COMPANY GROUP
## PART 1 - ORGANIZATIONAL CHART



STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE Y

## PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Group Code | Group Name | NAIC Company Code | Federal ID Number | Federal RSSD | CIK | Name of Securities Exchange if Publicly Traded (U.S. or International) | Names of Parent, Subsidiaries Or Affiliates | Domi-ciliary Location | Relationship to Reporting Entity | Directly Controlled by (Name of Entity/Person) | Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | If Control is Owner-ship Provide Percen-tage | Ultimate Controlling Entity(ies)/Person(s) | * |
| 4753 | Tawa Group | 00000 | | | | London Stock Exchange | Tawa Plc | | UIP | | | 0.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 99-0364272 | | | | LGIC Holdings, LLC | DE | UIP | Tawa, Plc | Ownership | 51.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 23-2023240 | | 0000818155 | | Walshire Assurance Company | PA | UDP | LGIC Holdings, LLC | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 33855 | 23-2023242 | | | | Lincoln General Insurance Company | PA | | Walshire Assurance Company | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | KX Re Holdings Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 98-0104575 | | | | KX Reinsurance Company Ltd | | IA | KX Re Holdings Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Tawa Associates Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Lodestar Marine, Ltd | | NIA | Tawa Management Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Tawa Management (Bermuda) Ltd | | NIA | Tawa Management Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Q360 Ltd | | NIA | Tawa Management Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 42-1738438 | | | | PRO IS, Inc. | DE | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Marcell (Newco) Ltd | | NIA | Tawa, Plc | Ownership | 33.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | OX Reinsurance Company Ltd | | IA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Tawa Managing Agency Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Pocono Holdings, Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | WT Holdings, Inc. | DE | NIA | Pocono Holdings, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 29807 | 06-1206728 | | | | PXRE Reinsurance Company | CT | IA | WT Holdings, Inc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | QX Reinsurance Company | | IA | Pocono Holdings, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 99-0364272 | | | | ICL Holdings Incorporated | DE | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 98-0353257 | | | | Island Capital Limited | | IA | ICL Holidngs Incorporated | Ownership | 94.300 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Island Capital (Europe) Limited | | IA | Island Capital Limited | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Pro Insurance Solutions Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Tawa Consulting, Ltd | | NIA | Pro Insurance Solutions Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | AUL Network, Ltd | | NIA | Pro Insurance Solutions Ltd | Ownership | 5.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Participant Run-Off (PRO) Iberica, SLU | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | 98-0115659 | | | | CX Reinsurance Company Ltd | | IA | Tawa, Plc | Ownership | 49.900 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Stripe Global Services Ltd | | NIA | Tawa, Plc | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Tawa Management Ltd | | NIA | Tawa Associates Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Whittington Ins Markets, Ltd. | | NIA | Marcelli (Newco) Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Whittington Ins Svc, Ltd | | NIA | Whittington Ins Markets, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Whittington Capital Management, Ltd | | NIA | Whittington Ins Markets, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | WCM Underwriting Svc, Ltd | | NIA | Whittington Capital Management, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Whittington Management Svcs, Ltd | | NIA | Whittington Ins Markets, Ltd | Ownership | 100.000 | Tawa, Plc | |
| 4753 | Tawa Group | 00000 | | | | | Bricome, Ltd | | NIA | Whittington Management Svcs, Ltd | Ownership | 100.000 | Tawa, Plc | |

| Asterisk | Explanation |
|---|---|
| | |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

## PART 1 - LOSS EXPERIENCE

| | Line of Business | Current Year to Date | | | 4 |
|---|---|---|---|---|---|
| | | 1<br>Direct Premiums Earned | 2<br>Direct Losses Incurred | 3<br>Direct Loss Percentage | Prior Year to Date Direct Loss Percentage |
| 1. | Fire | | (7,715) | 0.0 | 0.0 |
| 2. | Allied Lines | | | 0.0 | 0.0 |
| 3. | Farmowners multiple peril | | | 0.0 | 0.0 |
| 4. | Homeowners multiple peril | | (103,050) | 0.0 | 1,391.0 |
| 5. | Commercial multiple peril | | 8,396 | 0.0 | 0.0 |
| 6. | Mortgage guaranty | | | 0.0 | 0.0 |
| 8. | Ocean marine | | 80,376 | 0.0 | 0.0 |
| 9. | Inland marine | | 45,445 | 0.0 | 73,882.2 |
| 10. | Financial guaranty | | | 0.0 | 0.0 |
| 11.1 | Medical professional liability - occurrence | | | 0.0 | 0.0 |
| 11.2 | Medical professional liability - claims-made | | | 0.0 | 0.0 |
| 12. | Earthquake | | | 0.0 | 0.0 |
| 13. | Group accident and health | | | 0.0 | 0.0 |
| 14. | Credit accident and health | | | 0.0 | 0.0 |
| 15. | Other accident and health | | | 0.0 | 0.0 |
| 16. | Workers' compensation | | 564,230 | 0.0 | (239.1) |
| 17.1 | Other liability - occurrence | | (1,856,021) | 0.0 | 3,880,832.0 |
| 17.2 | Other liability - claims-made | | | 0.0 | 0.0 |
| 17.3 | Excess workers' compensation | | | 0.0 | 0.0 |
| 18.1 | Products liability - occurrence | | | 0.0 | 0.0 |
| 18.2 | Products liability - claims-made | | | 0.0 | 0.0 |
| 19.1,19.2 | Private passenger auto liability | (121,236) | (22,424) | 18.5 | 107.5 |
| 19.3,19.4 | Commercial auto liability | | (1,793,365) | 0.0 | (280.0) |
| 21. | Auto physical damage | (12,627) | (74,952) | 593.6 | 104.3 |
| 22. | Aircraft (all perils) | | | 0.0 | 0.0 |
| 23. | Fidelity | | | 0.0 | 0.0 |
| 24. | Surety | (78,138) | 516,114 | (660.5) | 124.6 |
| 26. | Burglary and theft | | | 0.0 | 0.0 |
| 27. | Boiler and machinery | | | 0.0 | 0.0 |
| 28. | Credit | | | 0.0 | 0.0 |
| 29. | International | | | 0.0 | 0.0 |
| 30. | Warranty | | | 0.0 | 0.0 |
| 31. | Reinsurance - Nonproportional Assumed Property | XXX | XXX | XXX | XXX |
| 32. | Reinsurance - Nonproportional Assumed Liability | XXX | XXX | XXX | XXX |
| 33. | Reinsurance - Nonproportional Assumed Financial Lines | XXX | XXX | XXX | XXX |
| 34. | Aggregate write-ins for other lines of business | 0 | 0 | 0.0 | 0.0 |
| 35. | Totals | (212,001) | (2,642,966) | 1,246.7 | 38.5 |
| | **DETAILS OF WRITE-INS** | | | | |
| 3401. | | | | | |
| 3402. | | | | | |
| 3403. | | | | | |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0.0 | 0.0 |
| 3499. | Totals (Lines 3401 through 3403 plus 3498)(Line 34 above) | 0 | 0 | 0.0 | 0.0 |

## PART 2 - DIRECT PREMIUMS WRITTEN

| | Line of Business | 1<br>Current Quarter | 2<br>Current Year to Date | 3<br>Prior Year Year to Date |
|---|---|---|---|---|
| 1. | Fire | 0 | | |
| 2. | Allied Lines | 0 | | |
| 3. | Farmowners multiple peril | 0 | | |
| 4. | Homeowners multiple peril | 0 | | (1,937) |
| 5. | Commercial multiple peril | 0 | | |
| 6. | Mortgage guaranty | 0 | | |
| 8. | Ocean marine | 0 | | |
| 9. | Inland marine | 0 | | |
| 10. | Financial guaranty | 0 | | |
| 11.1 | Medical professional liability - occurrence | 0 | | |
| 11.2 | Medical professional liability - claims-made | 0 | | |
| 12. | Earthquake | 0 | | |
| 13. | Group accident and health | 0 | | |
| 14. | Credit accident and health | 0 | | |
| 15. | Other accident and health | 0 | | |
| 16. | Workers' compensation | 0 | | (79,108) |
| 17.1 | Other liability - occurrence | 0 | | (25) |
| 17.2 | Other liability - claims-made | 0 | | |
| 17.3 | Excess workers' compensation | 0 | | |
| 18.1 | Products liability - occurrence | 0 | | |
| 18.2 | Products liability - claims-made | 0 | | |
| 19.1,19.2 | Private passenger auto liability | (148,550) | (148,550) | (193,384) |
| 19.3,19.4 | Commercial auto liability | 0 | | (28,630) |
| 21. | Auto physical damage | (18,082) | (18,082) | 1,326 |
| 22. | Aircraft (all perils) | 0 | | |
| 23. | Fidelity | 0 | | |
| 24. | Surety | 198,618 | 198,618 | 234,280 |
| 26. | Burglary and theft | 0 | | |
| 27. | Boiler and machinery | 0 | | |
| 28. | Credit | 0 | | |
| 29. | International | 0 | | |
| 30. | Warranty | 0 | | |
| 31. | Reinsurance - Nonproportional Assumed Property | XXX | XXX | XXX |
| 32. | Reinsurance - Nonproportional Assumed Liability | XXX | XXX | XXX |
| 33. | Reinsurance - Nonproportional Assumed Financial Lines | XXX | XXX | XXX |
| 34. | Aggregate write-ins for other lines of business | 0 | 0 | 0 |
| 35. | Totals | 31,986 | 31,986 | (67,478) |
| | **DETAILS OF WRITE-INS** | | | |
| 3401. | | | | |
| 3402. | | | | |
| 3403. | | | | |
| 3498. | Summary of remaining write-ins for Line 34 from overflow page | 0 | 0 | 0 |
| 3499. | Totals (Lines 3401 through 3403 plus 3498)(Line 34 above) | 0 | 0 | 0 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# PART 3 (000 omitted)

LOSS AND LOSS ADJUSTMENT EXPENSE RESERVES SCHEDULE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Years in Which Losses Occurred | Prior Year-End Known Case Loss and LAE Reserves | Prior Year-End IBNR Loss and LAE Reserves | Total Prior Year-End Loss and LAE Reserves (Cols. 1+2) | 2012 Loss and LAE Payments on Claims Reported as of Prior Year-End | 2012 Loss and LAE Payments on Claims Unreported as of Prior Year-End | Total 2012 Loss and LAE Payments (Cols. 4+5) | Q.S. Date Known Case Loss and LAE Reserves on Claims Reported and Open as of Prior Year End | Q.S. Date Known Case Loss and LAE Reserves on Claims Reported or Reopened Subsequent to Prior Year End | Q.S. Date IBNR Loss and LAE Reserves | Total Q.S. Loss and LAE Reserves (Cols.7+8+9) | Prior Year-End Known Case Loss and LAE Reserves Developed (Savings)/ Deficiency (Cols.4+7 minus Col. 1) | Prior Year-End IBNR Loss and LAE Reserves Developed (Savings)/ Deficiency (Cols. 5+8+9 minus Col. 2) | Prior Year-End Total Loss and LAE Reserve Developed (Savings)/ Deficiency (Cols. 11+12) |
| 1. 2009 + Prior | 130,148 | 79,522 | 209,670 | 24,292 | 5 | 24,297 | 117,806 | 1,388 | 65,722 | 184,916 | 11,950 | (12,407) | (457) |
| 2. 2010 | 6,226 | 1,290 | 7,516 | 1,087 | 0 | 1,087 | 6,137 | 164 | 1,126 | 7,427 | 998 | 0 | 998 |
| 3. Subtotals 2010 + Prior | 136,374 | 80,812 | 217,186 | 25,379 | 5 | 25,384 | 123,943 | 1,552 | 66,848 | 192,343 | 12,948 | (12,407) | 541 |
| 4. 2011 | 1,508 | 3,863 | 5,371 | 690 | | 690 | 1,476 | 74 | 3,767 | 5,317 | 658 | (22) | 636 |
| 5. Subtotals 2011 + Prior | 137,882 | 84,675 | 222,557 | 26,069 | 5 | 26,074 | 125,419 | 1,626 | 70,615 | 197,660 | 13,606 | (12,429) | 1,177 |
| 6. 2012 | XXX | XXX | XXX | XXX | 16 | 16 | XXX | 22 | 199 | 221 | XXX | XXX | XXX |
| 7. Totals | 137,882 | 84,675 | 222,557 | 26,069 | 21 | 26,090 | 125,419 | 1,648 | 70,814 | 197,881 | 13,606 | (12,429) | 1,177 |
| 8. Prior Year-End Surplus As Regards Policyholders | 2,855 | | | | | | | | | | Col. 11, Line 7 As % of Col. 1 Line 7 | Col. 12, Line 7 As % of Col. 2 Line 7 | Col. 13, Line 7 As % of Col. 3 Line 7 |
| | | | | | | | | | | | 1. 9.9 | 2. (14.7) | 3. 0.5 |
| | | | | | | | | | | | | | Col. 13, Line 7 As a % of Col. 1 Line 8 |
| | | | | | | | | | | | | | 4. 41.2 |

# SUPPLEMENTAL EXHIBITS AND SCHEDULES INTERROGATORIES

The following supplemental reports are required to be filed as part of your statement filing. However, in the event that your company does not transact the type of business for which the special report must be filed, your response of NO to the specific interrogatory will be accepted in lieu of filing a "NONE" report and a bar code will be printed below. If the supplement is required of your company but is not being filed for whatever reason enter SEE EXPLANATION and provide an explanation following the interrogatory questions.

| | | Response |
|---|---|---|
| 1. | Will the Trusteed Surplus Statement be filed with the state of domicile and the NAIC with this statement? | NO |
| 2. | Will Supplement A to Schedule T (Medical Professional Liability Supplement) be filed with this statement? | NO |
| 3. | Will the Medicare Part D Coverage Supplement be filed with the state of domicile and the NAIC with this statement? | NO |
| 4. | Will the Director and Officer Supplement be filed with the state of domicile and the NAIC with this statement? | NO |

Explanations:

1.

2.

3.

4.

Bar Codes:

1. Trusteed Surplus Statement [Document Identifier 490]
2. Supplement A to Schedule T [Document Identifier 455]
3. Medicare Part D Coverage Supplement [Document Identifier 365]
4. Director and Officer Supplement [Document Identifier 505]

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# OVERFLOW PAGE FOR WRITE-INS

Additional Write-ins for Assets Line 25

| | Current Statement Date | | | 4 |
|---|---|---|---|---|
| | 1<br>Assets | 2<br>Nonadmitted Assets | 3<br>Net Admitted Assets (Cols. 1 - 2) | December 31 Prior Year Net Admitted Assets |
| 2504. Leasehold Improvements | 5,442 | 5,442 | 0 | 0 |
| 2505. Premium Taxes | 147,070 | | 147,070 | 142,331 |
| 2506. | | | 0 | 0 |
| 2507. | | | 0 | 0 |
| 2597. Summary of remaining write-ins for Line 25 from overflow page | 152,512 | 5,442 | 147,070 | 142,331 |

## SCHEDULE A - VERIFICATION

Real Estate

| | | 1<br>Year to Date | 2<br>Prior Year Ended December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value, December 31 of prior year | 9,568,001 | 10,095,248 |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition | 3,120 | 2,288 |
| | 2.2 Additional investment made after acquisition | | 0 |
| 3. | Current year change in encumbrances | | 0 |
| 4. | Total gain (loss) on disposals | | |
| 5. | Deduct amounts received on disposals | | |
| 6. | Total foreign exchange change in book/adjusted carrying value | | 0 |
| 7. | Deduct current year's other than temporary impairment recognized | | 0 |
| 8. | Deduct current year's depreciation | 132,861 | 529,535 |
| 9. | Book/adjusted carrying value at the end of current period (Lines 1+2+3+4-5+6-7-8) | 9,438,260 | 9,568,001 |
| 10. | Deduct total nonadmitted amounts | | 0 |
| 11. | Statement value at end of current period (Line 9 minus Line 10) | 9,438,260 | 9,568,001 |

## SCHEDULE B - VERIFICATION

Mortgage Loans

NONE

| | | 1<br>Year to Date | 2<br>Prior Year Ended December 31 |
|---|---|---|---|
| 1. | Book value/recorded investment excluding accrued interest, December 31 of prior year | | |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition | | |
| | 2.2 Additional investment made after acquisition | | |
| 3. | Capitalized deferred interest and other | | |
| 4. | Accrual of discount | | |
| 5. | Unrealized valuation increase (decrease) | | |
| 6. | Total gain (loss) on disposals | | |
| 7. | Deduct amounts received on disposals | | |
| 8. | Deduct amortization of premium and mortgage interest points and commitment fees | | |
| 9. | Total foreign exchange change in book value/recorded investment excluding accrued interest | | |
| 10. | Deduct current year's other than temporary impairment recognized | | |
| 11. | Book value/recorded investment excluding accrued interest at end of current period (Lines 1+2+3+4+5+6-7-8+9-10) | | |
| 12. | Total valuation allowance | | |
| 13. | Subtotal (Line 11 plus Line 12) | | |
| 14. | Deduct total nonadmitted amounts | | |
| 15. | Statement value at end of current period (Line 13 minus Line 14) | | |

## SCHEDULE BA - VERIFICATION

Other Long-Term Invested Assets

NONE

| | | 1<br>Year to Date | 2<br>Prior Year Ended December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value, December 31 of prior year | | |
| 2. | Cost of acquired: | | |
| | 2.1 Actual cost at time of acquisition | | |
| | 2.2 Additional investment made after acquisition | | |
| 3. | Capitalized deferred interest and other | | |
| 4. | Accrual of discount | | |
| 5. | Unrealized valuation increase (decrease) | | |
| 6. | Total gain (loss) on disposals | | |
| 7. | Deduct amounts received on disposals | | |
| 8. | Deduct amortization of premium and depreciation | | |
| 9. | Total foreign exchange change in book/adjusted carrying value | | |
| 10. | Deduct current year's other than temporary impairment recognized | | |
| 11. | Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5+6-7-8+9-10) | | |
| 12. | Deduct total nonadmitted amounts | | |
| 13. | Statement value at end of current period (Line 11 minus Line 12) | | |

## SCHEDULE D - VERIFICATION

Bonds and Stocks

| | | 1<br>Year to Date | 2<br>Prior Year Ended December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value of bonds and stocks, December 31 of prior year | 160,696,079 | 341,980,618 |
| 2. | Cost of bonds and stocks acquired | 0 | 36,603,226 |
| 3. | Accrual of discount | 286,409 | 25,988 |
| 4. | Unrealized valuation increase (decrease) | 0 | (17,756) |
| 5. | Total gain (loss) on disposals | 1,447 | 1,713,386 |
| 6. | Deduct consideration for bonds and stocks disposed of | 3,300,241 | 216,953,506 |
| 7 | Deduct amortization of premium | 706,053 | 2,594,504 |
| 8. | Total foreign exchange change in book/adjusted carrying value | 0 | 0 |
| 9. | Deduct current year's other than temporary impairment recognized | 0 | 61,373 |
| 10. | Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5-6-7+8-9) | 156,977,641 | 160,696,079 |
| 11. | Deduct total nonadmitted amounts | 0 | 0 |
| 12. | Statement value at end of current period (Line 10 minus Line 11) | 156,977,641 | 160,696,079 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 1B

Showing the Acquisitions, Dispositions and Non-Trading Activity
During the Current Quarter for all Bonds and Preferred Stock by Rating Class

| | 1 Book/Adjusted Carrying Value Beginning of Current Quarter | 2 Acquisitions During Current Quarter | 3 Dispositions During Current Quarter | 4 Non-Trading Activity During Current Quarter | 5 Book/Adjusted Carrying Value End of First Quarter | 6 Book/Adjusted Carrying Value End of Second Quarter | 7 Book/Adjusted Carrying Value End of Third Quarter | 8 Book/Adjusted Carrying Value December 31 Prior Year |
|---|---|---|---|---|---|---|---|---|
| BONDS | | | | | | | | |
| 1. Class 1 (a) | 189,450,995 | 39,134,007 | 74,779,431 | 678,801 | 154,484,372 | 0 | 0 | 189,450,995 |
| 2. Class 2 (a) | 25,363,369 | 10,188,509 | 0 | (5,872,522) | 29,679,356 | 0 | 0 | 25,363,369 |
| 3. Class 3 (a) | 0 | 0 | 0 | 3,536,403 | 3,536,403 | 0 | 0 | 0 |
| 4. Class 4 (a) | 0 | 0 | 0 | 1,038,794 | 1,038,794 | 0 | 0 | 0 |
| 5. Class 5 (a) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6. Class 6 (a) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7. Total Bonds | 214,814,364 | 49,322,516 | 74,779,431 | (618,524) | 188,738,925 | 0 | 0 | 214,814,364 |
| PREFERRED STOCK | | | | | | | | |
| 8. Class 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9. Class 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10. Class 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11. Class 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12. Class 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13. Class 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14. Total Preferred Stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 15. Total Bonds and Preferred Stock | 214,814,364 | 49,322,516 | 74,779,431 | (618,524) | 188,738,925 | 0 | 0 | 214,814,364 |

(a) Book/Adjusted Carrying Value column for the end of the current reporting period includes the following amount of non-rated short-term and cash equivalent bonds by NAIC designation: NAIC 1 $ 6,310,581 ; NAIC 2 $ 11,934,447 ; NAIC 3 $ 0 ; NAIC 4 $ 0 ; NAIC 5 $ 0 ; NAIC 6 $ 0

# SCHEDULE DA - PART 1

Short-Term Investments

| | 1<br>Book/Adjusted Carrying Value | 2<br>Par Value | 3<br>Actual Cost | 4<br>Interest Collected Year-to-Date | 5<br>Paid for Accrued Interest Year-to-Date |
|---|---|---|---|---|---|
| 9199999 Totals | 31,761,176 | XXX | 31,857,957 | 25,242 | 85,515 |

# SCHEDULE DA - VERIFICATION

Short-Term Investments

| | 1<br>Year To Date | 2<br>Prior Year Ended December 31 |
|---|---|---|
| 1. Book/adjusted carrying value, December 31 of prior year | 47,620,743 | 17,051,767 |
| 2. Cost of short-term investments acquired | 49,322,406 | 239,493,821 |
| 3. Accrual of discount | 1,806 | 82,209 |
| 4. Unrealized valuation increase (decrease) | 0 | 0 |
| 5. Total gain (loss) on disposals | 0 | 0 |
| 6. Deduct consideration received on disposals | 64,980,637 | 208,351,754 |
| 7. Deduct amortization of premium | 203,142 | 655,300 |
| 8. Total foreign exchange change in book/adjusted carrying value | 0 | 0 |
| 9. Deduct current year's other than temporary impairment recognized | 0 | 0 |
| 10. Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5-6-7+8-9) | 31,761,176 | 47,620,743 |
| 11. Deduct total nonadmitted amounts | 0 | 0 |
| 12. Statement value at end of current period (Line 10 minus Line 11) | 31,761,176 | 47,620,743 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

Schedule DB - Part A - Verification - Options, Caps, Floors, Collars, Swaps and Forwards

NONE

Schedule DB - Part B - Verification - Futures Contracts

NONE

Schedule DB - Part C - Section 1 - Replication (Synthetic Asset) Transactions (RSATs) Open

NONE

Schedule DB-Part C-Section 2-Reconciliation of Replication (Synthetic Asset) Transactions Open

NONE

Schedule DB - Verification - Book/Adjusted Carrying Value, Fair Value and Potential Exposure of Derivatives

NONE

SI04, SI05, SI06, SI07

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE E - VERIFICATION

(Cash Equivalents)

| | | 1<br>Year To Date | 2<br>Prior Year Ended December 31 |
|---|---|---|---|
| 1. | Book/adjusted carrying value, December 31 of prior year | 6,497,544 | 6,597,903 |
| 2. | Cost of cash equivalents acquired | 0 | 26,488,134 |
| 3. | Accrual of discount | 2,456 | 11,507 |
| 4. | Unrealized valuation increase (decrease) | 0 | 0 |
| 5. | Total gain (loss) on disposals | 0 | 0 |
| 6. | Deduct consideration received on disposals | 6,500,000 | 26,600,000 |
| 7. | Deduct amortization of premium | 0 | 0 |
| 8. | Total foreign exchange change in book/adjusted carrying value | 0 | 0 |
| 9. | Deduct current year's other than temporary impairment recognized | 0 | 0 |
| 10. | Book/adjusted carrying value at end of current period (Lines 1+2+3+4+5-6-7+8-9) | 0 | 6,497,544 |
| 11. | Deduct total nonadmitted amounts | 0 | 0 |
| 12. | Statement value at end of current period (Line 10 minus Line 11) | 0 | 6,497,544 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

## SCHEDULE A - PART 2

Showing All Real Estate ACQUIRED AND ADDITIONS MADE During the Current Quarter

| 1 | Location 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Description of Property | City | State | Date Acquired | Name of Vendor | Actual Cost at Time of Acquisition | Amount of Encumbrances | Book/Adjusted Carrying Value Less Encumbrances | Additional Investment Made After Acquisition |
| Land & office building at 3501 Concord Road | York | PA | 03/16/2012 | Murphy & Dittenhafer | 3,120 | | 3,120 | |
| 0199999. Acquired by Purchase | | | | | 3,120 | 0 | 3,120 | 0 |
| 0399999 - Totals | | | | | 3,120 | 0 | 3,120 | 0 |

## SCHEDULE A - PART 3

Showing All Real Estate DISPOSED During the Quarter, Including Payments During the Final Year on "Sales Under Contract"

| 1 | Location 2 | 3 | 4 | 5 | 6 | 7 | 8 | Change in Book/Adjusted Carrying Value Less Encumbrances 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Property | City | State | Disposal Date | Name of Purchaser | Actual Cost | Expended for Additions, Permanent Improvements and Changes in Encumbrances | Book/ Adjusted Carrying Value Less Encumbrances Prior Year | Current Year's Depreciation | Current Year's Other Than Temporary Impairment Recognized | Current Year's Change in Encumbrances | Total Change in Book/ Adjusted Carrying Value (11-9-10) | Total Foreign Exchange Change in Book/ Adjusted Carrying Value | Book/ Adjusted Carrying Value Less Encumbrances on Disposal | Amounts Received During Year | Foreign Exchange Gain (Loss) on Disposal | Realized Gain (Loss) on Disposal | Total Gain (Loss) on Disposal | Gross Income Earned Less Interest Incurred on Encumbrances | Taxes, Repairs and Expenses Incurred |
| 0399999 - Totals | | | | | | | | | | | | | | | | | | | |

NONE

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

Schedule B - Part 2 - Mortgage Loans Acquired

NONE

Schedule B - Part 3 - Mortgage Loans Disposed, Transferred or Repaid

NONE

Schedule BA - Part 2 - Other Long-Term Invested Assets Acquired

NONE

Schedule BA - Part 3 - Other Long-Term Invested Assets Disposed, Transferred or Repaid

NONE

E02, E03

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 3

Show All Long-Term Bonds and Stock Acquired During the Current Quarter

| 1<br>CUSIP Identification | 2<br>Description | 3<br>Foreign | 4<br>Date Acquired | 5<br>Name of Vendor | 6<br>Number of Shares of Stock | 7<br>Actual Cost | 8<br>Par Value | 9<br>Paid for Accrued Interest and Dividends | 10<br>NAIC Designation or Market Indicator (a) |
|---|---|---|---|---|---|---|---|---|---|
| 8399997. Total - Bonds - Part 3 | | | | | | 0 | 0 | 0 | XXX |
| 8399998. Total - Bonds - Part 5 | | | | | | XXX | XXX | XXX | XXX |
| 8399999. Total - Bonds | | | | | | 0 | 0 | 0 | XXX |
| 8999997. Total - Preferred Stocks - Part 3 | | | | | | 0 | XXX | 0 | XXX |
| 8999998. Total - Preferred Stocks - Part 5 | | | | | | XXX | XXX | XXX | XXX |
| 8999999. Total - Preferred Stocks | | | | | | 0 | XXX | 0 | XXX |
| 9799997. Total - Common Stocks - Part 3 | | | | | | 0 | XXX | 0 | XXX |
| 9799998. Total - Common Stocks - Part 5 | | | | | | XXX | XXX | XXX | XXX |
| 9799999. Total - Common Stocks | | | | | | 0 | XXX | 0 | XXX |
| 9899999. Total - Preferred and Common Stocks | | | | | | 0 | XXX | 0 | XXX |
| 9999999 - Totals | | | | | | 0 | XXX | 0 | XXX |

(a) For all common stock bearing the NAIC market indicator "U" provide: the number of such issues ..............................

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Change In Book/Adjusted Carrying Value | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 11 | 12 | 13 | 14 | 15 | | | | | | | |
| CUSIP Ident-ification | Description | For-eign | Disposal Date | Name of Purchaser | Number of Shares of Stock | Consid-eration | Par Value | Actual Cost | Prior Year Book/ Adjusted Carrying Value | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amor-tization)/ Accretion | Current Year's Other Than Temporary Impairment Recog-nized | Total Change in Book/ Adjusted Carrying Value (11 + 12 - 13) | Total Foreign Exchange Change in Book /Adjusted Carrying Value | Book/ Adjusted Carrying Value at Disposal Date | Foreign Exchange Gain (Loss) on Disposal | Realized Gain (Loss) on Disposal | Total Gain (Loss) on Disposal | Bond Interest/ Stock Dividends Received During Year | Stated Con-tractual Maturity Date | NAIC Desig-nation or Market In-dicator (a) |
| 3133XR-X8-8 | FHLB AGENCY BND 4.000% 09/06/13 | | 02/09/2012 | DIRECT | | 10,581 | 10,000 | 9,964 | 9,987 | 0 | 1 | 0 | 1 | 0 | 9,988 | 0 | 593 | 593 | 171 | 09/06/2013 | 1 |
| 3133XR-X8-8 | FHLB AGENCY BND 4.000% 09/06/13 | | 02/24/2012 | DIRECT | | 15,837 | 15,000 | 14,946 | 14,981 | 0 | 2 | 0 | 2 | 0 | 14,983 | 0 | 854 | 854 | 285 | 09/06/2013 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 01/01/2012 | Paydown | | 85 | 85 | 85 | 85 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 02/01/2012 | Paydown | | 71 | 71 | 71 | 71 | 0 | 0 | 0 | 0 | 0 | 71 | 0 | 0 | 0 | 1 | 12/15/2028 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 03/01/2012 | Paydown | | 82 | 82 | 82 | 82 | 0 | 0 | 0 | 0 | 0 | 82 | 0 | 0 | 0 | 1 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 01/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 02/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 03/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 01/01/2012 | Paydown | | 67 | 67 | 67 | 67 | 0 | 0 | 0 | 0 | 0 | 67 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 02/01/2012 | Paydown | | 141 | 141 | 141 | 141 | 0 | 0 | 0 | 0 | 0 | 141 | 0 | 0 | 0 | 2 | 03/15/2029 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 03/01/2012 | Paydown | | 78 | 78 | 78 | 78 | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 0 | 1 | 03/15/2029 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 01/01/2012 | Paydown | | 181 | 181 | 181 | 181 | 0 | 0 | 0 | 0 | 0 | 181 | 0 | 0 | 0 | 1 | 12/15/2013 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 02/01/2012 | Paydown | | 182 | 182 | 182 | 182 | 0 | 0 | 0 | 0 | 0 | 182 | 0 | 0 | 0 | 2 | 12/15/2013 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 03/01/2012 | Paydown | | 189 | 189 | 190 | 189 | 0 | 0 | 0 | 0 | 0 | 189 | 0 | 0 | 0 | 3 | 12/15/2013 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 01/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 02/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 03/01/2012 | Paydown | | 13 | 13 | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 01/01/2012 | Paydown | | 23 | 23 | 23 | 23 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 02/01/2012 | Paydown | | 74 | 74 | 75 | 75 | 0 | (1) | 0 | (1) | 0 | 74 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 03/01/2012 | Paydown | | 24 | 24 | 24 | 24 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 3133XR-X8-8 | FHLB AGENCY BND 4.000% 09/06/13 | | 02/09/2012 | DIRECT | | 10,581 | 10,000 | 9,964 | 9,987 | 0 | 1 | 0 | 1 | 0 | 9,988 | 0 | 593 | 593 | 171 | 09/06/2013 | 1 |
| 3133XR-X8-8 | FHLB AGENCY BND 4.000% 09/06/13 | | 02/24/2012 | DIRECT | | 15,837 | 15,000 | 14,946 | 14,981 | 0 | 2 | 0 | 2 | 0 | 14,983 | 0 | 854 | 854 | 285 | 09/06/2013 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 01/01/2012 | Paydown | | 85 | 85 | 85 | 85 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 02/01/2012 | Paydown | | 71 | 71 | 71 | 71 | 0 | 0 | 0 | 0 | 0 | 71 | 0 | 0 | 0 | 1 | 12/15/2028 | 1 |
| 36208R-28-9 | GNMA POOL # 458970 6.000% 12/15/28 | | 03/01/2012 | Paydown | | 82 | 82 | 82 | 82 | 0 | 0 | 0 | 0 | 0 | 82 | 0 | 0 | 0 | 1 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 01/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 02/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 362090-S6-3 | GNMA POOL # 478541 6.500% 12/15/28 | | 03/01/2012 | Paydown | | 15 | 15 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | 12/15/2028 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 01/01/2012 | Paydown | | 67 | 67 | 67 | 67 | 0 | 0 | 0 | 0 | 0 | 67 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 02/01/2012 | Paydown | | 141 | 141 | 141 | 141 | 0 | 0 | 0 | 0 | 0 | 141 | 0 | 0 | 0 | 2 | 03/15/2029 | 1 |
| 36210A-6N-2 | GNMA POOL # 486977 6.500% 03/15/29 | | 03/01/2012 | Paydown | | 78 | 78 | 78 | 78 | 0 | 0 | 0 | 0 | 0 | 78 | 0 | 0 | 0 | 1 | 03/15/2029 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 01/01/2012 | Paydown | | 181 | 181 | 181 | 181 | 0 | 0 | 0 | 0 | 0 | 181 | 0 | 0 | 0 | 1 | 12/15/2013 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 02/01/2012 | Paydown | | 182 | 182 | 182 | 182 | 0 | 0 | 0 | 0 | 0 | 182 | 0 | 0 | 0 | 2 | 12/15/2013 | 1 |
| 36210E-KJ-7 | GNMA POOL # 489997 6.000% 12/15/13 | | 03/01/2012 | Paydown | | 189 | 189 | 190 | 189 | 0 | 0 | 0 | 0 | 0 | 189 | 0 | 0 | 0 | 3 | 12/15/2013 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 01/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 02/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36210H-KZ-4 | GNMA POOL # 492712 6.500% 03/15/29 | | 03/01/2012 | Paydown | | 13 | 13 | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 03/15/2029 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 01/01/2012 | Paydown | | 23 | 23 | 23 | 23 | 0 | 0 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 02/01/2012 | Paydown | | 74 | 74 | 75 | 75 | 0 | (1) | 0 | (1) | 0 | 74 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 36225C-DJ-2 | GNMA POOL # 080104 1.625% 08/20/27 | | 03/01/2012 | Paydown | | 24 | 24 | 24 | 24 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 0 | 08/20/2027 | 1 |
| 0599999. Subtotal - Bonds - U.S. Governments | | | | | | 55,402 | 52,566 | 52,390 | 52,564 | 0 | 4 | 0 | 4 | 0 | 52,568 | 0 | 2,894 | 2,894 | 934 | XXX | XXX |
| OPEN DEPOSITORY | | | | | | | | | | | | | | | | | | | | | |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 01/01/2012 | Paydown | | 85 | 85 | 85 | 85 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 01/01/2032 | 1 |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 02/01/2012 | Paydown | | 726 | 726 | 722 | 723 | 0 | 3 | 0 | 3 | 0 | 726 | 0 | 0 | 0 | 7 | 01/01/2032 | 1 |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 03/01/2012 | Paydown | | 1,454 | 1,454 | 1,445 | 1,448 | 0 | 6 | 0 | 6 | 0 | 1,454 | 0 | 0 | 0 | 22 | 01/01/2032 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 01/01/2012 | Paydown | | 533 | 533 | 556 | 554 | 0 | (21) | 0 | (21) | 0 | 533 | 0 | 0 | 0 | 2 | 04/01/2039 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 02/01/2012 | Paydown | | 1,831 | 1,831 | 1,911 | 1,903 | 0 | (72) | 0 | (72) | 0 | 1,831 | 0 | 0 | 0 | 14 | 04/01/2039 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 03/01/2012 | Paydown | | 282,083 | 282,083 | 294,425 | 293,215 | 0 | (11,131) | 0 | (11,131) | 0 | 282,083 | 0 | 0 | 0 | 3,325 | 04/01/2039 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 01/01/2012 | Paydown | | 66,468 | 66,468 | 69,116 | 69,116 | 0 | (2,648) | 0 | (2,648) | 0 | 66,468 | 0 | 0 | 0 | 249 | 12/01/2024 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 02/01/2012 | Paydown | | 226,898 | 226,898 | 235,939 | 235,939 | 0 | (9,040) | 0 | (9,040) | 0 | 226,898 | 0 | 0 | 0 | 1,702 | 12/01/2024 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 03/01/2012 | Paydown | | 190,868 | 190,868 | 198,473 | 198,473 | 0 | (7,605) | 0 | (7,605) | 0 | 190,868 | 0 | 0 | 0 | 2,147 | 12/01/2024 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 01/01/2012 | Paydown | | 106,881 | 106,881 | 109,336 | 109,215 | 0 | (2,334) | 0 | (2,334) | 0 | 106,881 | 0 | 0 | 0 | 356 | 04/01/2025 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 02/01/2012 | Paydown | | 102,323 | 102,323 | 104,673 | 104,557 | 0 | (2,234) | 0 | (2,234) | 0 | 102,323 | 0 | 0 | 0 | 682 | 04/01/2025 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 03/01/2012 | Paydown | | 8,121 | 8,121 | 8,307 | 8,298 | 0 | (177) | 0 | (177) | 0 | 8,121 | 0 | 0 | 0 | 81 | 04/01/2025 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 01/01/2012 | Paydown | | 171,486 | 171,486 | 181,374 | 180,481 | 0 | (8,995) | 0 | (8,995) | 0 | 171,486 | 0 | 0 | 0 | 786 | 09/01/2039 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 02/01/2012 | Paydown | | 9,295 | 9,295 | 9,831 | 9,783 | 0 | (488) | 0 | (488) | 0 | 9,295 | 0 | 0 | 0 | 85 | 09/01/2039 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 03/01/2012 | Paydown | | 8,944 | 8,944 | 9,460 | 9,414 | 0 | (469) | 0 | (469) | 0 | 8,944 | 0 | 0 | 0 | 123 | 09/01/2039 | 1 |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 01/01/2012 | Paydown | | 34 | 34 | 34 | 34 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 12/01/2028 | 1 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Change In Book/Adjusted Carrying Value 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP Ident-ification | Description | For-eign | Disposal Date | Name of Purchaser | Number of Shares of Stock | Consid-eration | Par Value | Actual Cost | Prior Year Book/ Adjusted Carrying Value | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amor-tization)/ Accretion | Current Year's Other Than Temporary Impairment Recog-nized | Total Change in Book/ Adjusted Carrying Value (11 + 12 - 13) | Total Foreign Exchange Change in Book /Adjusted Carrying Value | Book/ Adjusted Carrying Value at Disposal Date | Foreign Exchange Gain (Loss) on Disposal | Realized Gain (Loss) on Disposal | Total Gain (Loss) on Disposal | Bond Interest/ Stock Dividends Received During Year | Stated Con-tractual Maturity Date | NAIC Desig-nation or Market In-dicator (a) |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 02/01/2012 | Paydown | | 37 | 37 | 37 | 37 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 12/01/2028 | 1 |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 03/01/2012 | Paydown | | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 1 | 12/01/2028 | 1 |
| 31295K-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 01/01/2012 | Paydown | | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295K-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 02/01/2012 | Paydown | | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295K-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 03/01/2012 | Paydown | | 58 | 58 | 59 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295K-MX-9 | FHLMC POOL # 786674 2.488% 04/01/29 | | 01/01/2012 | Paydown | | 110 | 110 | 111 | 110 | 0 | 0 | 0 | 0 | 0 | 110 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31295K-MX-9 | FHLMC POOL # 786674 2.488% 04/01/29 | | 02/01/2012 | Paydown | | 69 | 69 | 70 | 69 | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 01/01/2012 | Paydown | | 194 | 194 | 196 | 195 | 0 | (1) | 0 | (1) | 0 | 194 | 0 | 0 | 0 | 1 | 08/01/2021 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 02/01/2012 | Paydown | | 735 | 735 | 741 | 739 | 0 | (3) | 0 | (3) | 0 | 735 | 0 | 0 | 0 | 8 | 08/01/2021 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 03/01/2012 | Paydown | | 487 | 487 | 490 | 489 | 0 | (2) | 0 | (2) | 0 | 487 | 0 | 0 | 0 | 8 | 08/01/2021 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 01/01/2012 | Paydown | | 6,044 | 6,044 | 6,203 | 6,180 | 0 | (136) | 0 | (136) | 0 | 6,044 | 0 | 0 | 0 | 28 | 07/01/2024 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 02/01/2012 | Paydown | | 5,160 | 5,160 | 5,296 | 5,276 | 0 | (116) | 0 | (116) | 0 | 5,160 | 0 | 0 | 0 | 47 | 07/01/2024 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 03/01/2012 | Paydown | | 5,658 | 5,658 | 5,806 | 5,785 | 0 | (127) | 0 | (127) | 0 | 5,658 | 0 | 0 | 0 | 78 | 07/01/2024 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 01/01/2012 | Paydown | | 678 | 678 | 676 | 683 | 0 | (5) | 0 | (5) | 0 | 678 | 0 | 0 | 0 | 4 | 09/01/2027 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 02/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 09/01/2027 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 03/01/2012 | Paydown | | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 09/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 01/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 02/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 03/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 01/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 02/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 03/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31382D-6N-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 01/01/2012 | Paydown | | 16 | 16 | 17 | 16 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31382D-6N-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 02/01/2012 | Paydown | | 138 | 138 | 140 | 139 | 0 | (2) | 0 | (2) | 0 | 138 | 0 | 0 | 0 | 2 | 04/01/2029 | 1 |
| 31382D-6N-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 03/01/2012 | Paydown | | 17 | 17 | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 01/01/2012 | Paydown | | 419 | 419 | 424 | 419 | 0 | 0 | 0 | 0 | 0 | 419 | 0 | 0 | 0 | 2 | 04/01/2014 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 02/01/2012 | Paydown | | 341 | 341 | 345 | 341 | 0 | 0 | 0 | 0 | 0 | 341 | 0 | 0 | 0 | 4 | 04/01/2014 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 03/01/2012 | Paydown | | 343 | 343 | 347 | 343 | 0 | 0 | 0 | 0 | 0 | 343 | 0 | 0 | 0 | 6 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 01/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 02/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 03/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 01/01/2012 | Paydown | | 2,325 | 2,325 | 2,343 | 2,330 | 0 | (5) | 0 | (5) | 0 | 2,325 | 0 | 0 | 0 | 12 | 12/01/2016 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 02/01/2012 | Paydown | | 665 | 665 | 670 | 666 | 0 | (1) | 0 | (1) | 0 | 665 | 0 | 0 | 0 | 7 | 12/01/2016 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 03/01/2012 | Paydown | | 1,998 | 1,998 | 2,013 | 2,002 | 0 | (4) | 0 | (4) | 0 | 1,998 | 0 | 0 | 0 | 30 | 12/01/2016 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 01/01/2012 | Paydown | | 32,257 | 32,257 | 33,144 | 33,021 | 0 | (764) | 0 | (764) | 0 | 32,257 | 0 | 0 | 0 | 134 | 06/01/2033 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 02/01/2012 | Paydown | | 19,460 | 19,460 | 19,996 | 19,921 | 0 | (461) | 0 | (461) | 0 | 19,460 | 0 | 0 | 0 | 162 | 06/01/2033 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 03/01/2012 | Paydown | | 13,168 | 13,168 | 13,530 | 13,480 | 0 | (312) | 0 | (312) | 0 | 13,168 | 0 | 0 | 0 | 165 | 06/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 01/01/2012 | Paydown | | 14,210 | 14,210 | 14,516 | 14,499 | 0 | (289) | 0 | (289) | 0 | 14,210 | 0 | 0 | 0 | 59 | 07/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 02/01/2012 | Paydown | | 35,127 | 35,127 | 35,884 | 35,841 | 0 | (714) | 0 | (714) | 0 | 35,127 | 0 | 0 | 0 | 293 | 07/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 03/01/2012 | Paydown | | 12,844 | 12,844 | 13,121 | 13,105 | 0 | (261) | 0 | (261) | 0 | 12,844 | 0 | 0 | 0 | 161 | 07/01/2033 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 01/01/2012 | Paydown | | 11,733 | 11,733 | 11,511 | 11,511 | 0 | 222 | 0 | 222 | 0 | 11,733 | 0 | 0 | 0 | 29 | 12/31/2031 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 02/01/2012 | Paydown | | 11,557 | 11,557 | 11,338 | 11,338 | 0 | 219 | 0 | 219 | 0 | 11,557 | 0 | 0 | 0 | 58 | 12/31/2031 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 03/01/2012 | Paydown | | 17,746 | 17,746 | 17,410 | 17,410 | 0 | 336 | 0 | 336 | 0 | 17,746 | 0 | 0 | 0 | 133 | 12/31/2031 | 1 |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 01/01/2012 | Paydown | | 42,254 | 42,254 | 43,297 | 43,294 | 0 | (1,040) | 0 | (1,040) | 0 | 42,254 | 0 | 0 | 0 | 158 | 07/01/2024 | 1 |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 02/01/2012 | Paydown | | 132,900 | 132,900 | 136,181 | 136,170 | 0 | (3,271) | 0 | (3,271) | 0 | 132,900 | 0 | 0 | 0 | 997 | 07/01/2024 | 1 |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 03/01/2012 | Paydown | | 88,937 | 88,937 | 91,132 | 91,125 | 0 | (2,189) | 0 | (2,189) | 0 | 88,937 | 0 | 0 | 0 | 1,001 | 07/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 01/01/2012 | Paydown | | 170,872 | 170,872 | 175,204 | 175,204 | 0 | (4,332) | 0 | (4,332) | 0 | 170,872 | 0 | 0 | 0 | 570 | 12/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 02/01/2012 | Paydown | | 39,023 | 39,023 | 40,013 | 40,013 | 0 | (989) | 0 | (989) | 0 | 39,023 | 0 | 0 | 0 | 260 | 12/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 03/01/2012 | Paydown | | 246,415 | 246,415 | 252,662 | 252,662 | 0 | (6,247) | 0 | (6,247) | 0 | 246,415 | 0 | 0 | 0 | 2,464 | 12/01/2024 | 1 |
| 31417V-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 01/01/2012 | Paydown | | 259,355 | 259,355 | 263,853 | 263,853 | 0 | (4,498) | 0 | (4,498) | 0 | 259,355 | 0 | 0 | 0 | 865 | 12/01/2024 | 1 |
| 31417V-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 02/01/2012 | Paydown | | 172,762 | 172,762 | 175,759 | 175,759 | 0 | (2,996) | 0 | (2,996) | 0 | 172,762 | 0 | 0 | 0 | 1,152 | 12/01/2024 | 1 |
| 31417V-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 03/01/2012 | Paydown | | 218,494 | 218,494 | 222,284 | 222,284 | 0 | (3,790) | 0 | (3,790) | 0 | 218,494 | 0 | 0 | 0 | 2,185 | 12/01/2024 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 01/01/2012 | Paydown | | 116,471 | 116,471 | 119,109 | 119,109 | 0 | (2,639) | 0 | (2,639) | 0 | 116,471 | 0 | 0 | 0 | 388 | 03/01/2025 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 02/01/2012 | Paydown | | 95,944 | 95,944 | 98,118 | 98,118 | 0 | (2,174) | 0 | (2,174) | 0 | 95,944 | 0 | 0 | 0 | 640 | 03/01/2025 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 03/01/2012 | Paydown | | 45,260 | 45,260 | 46,285 | 46,285 | 0 | (1,025) | 0 | (1,025) | 0 | 45,260 | 0 | 0 | 0 | 453 | 03/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 01/01/2012 | Paydown | | 10,221 | 10,221 | 10,494 | 10,472 | 0 | (251) | 0 | (251) | 0 | 10,221 | 0 | 0 | 0 | 30 | 11/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 02/01/2012 | Paydown | | 10,062 | 10,062 | 10,331 | 10,309 | 0 | (247) | 0 | (247) | 0 | 10,062 | 0 | 0 | 0 | 59 | 11/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 03/01/2012 | Paydown | | 12,270 | 12,270 | 12,598 | 12,572 | 0 | (301) | 0 | (301) | 0 | 12,270 | 0 | 0 | 0 | 107 | 11/01/2025 | 1 |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 01/01/2012 | Paydown | | 85 | 85 | 85 | 85 | 0 | 0 | 0 | 0 | 0 | 85 | 0 | 0 | 0 | 0 | 01/01/2032 | 1 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Change in Book/Adjusted Carrying Value 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSIP Identification | Description | Foreign | Disposal Date | Name of Purchaser | Number of Shares of Stock | Consideration | Par Value | Actual Cost | Prior Year Book/ Adjusted Carrying Value | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amortization)/ Accretion | Current Year's Other Than Temporary Impairment Recognized | Total Change in Book/ Adjusted Carrying Value (11 + 12 - 13) | Total Foreign Exchange Change in Book /Adjusted Carrying Value | Book/ Adjusted Carrying Value at Disposal Date | Foreign Exchange Gain (Loss) on Disposal | Realized Gain (Loss) on Disposal | Total Gain (Loss) on Disposal | Bond Interest/ Stock Dividends Received During Year | Stated Contractual Maturity Date | NAIC Designation or Market Indicator (a) |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 02/01/2012 | Paydown | | 726 | 726 | 722 | 723 | 0 | 3 | 0 | 3 | 0 | 726 | 0 | 0 | 0 | 7 | 01/01/2032 | 1 |
| 31287N-F4-5 | FHLMC GOLD POOL # C62887 6.000% 01/01/32 | | 03/01/2012 | Paydown | | 1,454 | 1,454 | 1,445 | 1,448 | 0 | 6 | 0 | 6 | 0 | 1,454 | 0 | 0 | 0 | 22 | 01/01/2032 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 01/01/2012 | Paydown | | 533 | 533 | 556 | 554 | 0 | (21) | 0 | (21) | 0 | 533 | 0 | 0 | 0 | 2 | 04/01/2039 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 02/01/2012 | Paydown | | 1,831 | 1,831 | 1,911 | 1,903 | 0 | (72) | 0 | (72) | 0 | 1,831 | 0 | 0 | 0 | 14 | 04/01/2039 | 1 |
| 3128NJ-G9-4 | FHLMC POOL # 1J2024 4.692% 04/01/39 | | 03/01/2012 | Paydown | | 282,083 | 282,083 | 294,425 | 293,215 | 0 | (11,131) | 0 | (11,131) | 0 | 282,083 | 0 | 0 | 0 | 3,325 | 04/01/2039 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 01/01/2012 | Paydown | | 66,468 | 66,468 | 69,116 | 69,116 | 0 | (2,648) | 0 | (2,648) | 0 | 66,468 | 0 | 0 | 0 | 249 | 12/01/2024 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 02/01/2012 | Paydown | | 226,898 | 226,898 | 235,939 | 235,939 | 0 | (9,040) | 0 | (9,040) | 0 | 226,898 | 0 | 0 | 0 | 1,702 | 12/01/2024 | 1 |
| 3128PQ-PX-3 | FHLMC GOLD POOL # J11338 4.500% 12/01/24 | | 03/01/2012 | Paydown | | 190,868 | 190,868 | 198,473 | 198,473 | 0 | (7,605) | 0 | (7,605) | 0 | 190,868 | 0 | 0 | 0 | 2,147 | 12/01/2024 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 01/01/2012 | Paydown | | 106,881 | 106,881 | 109,336 | 109,215 | 0 | (2,334) | 0 | (2,334) | 0 | 106,881 | 0 | 0 | 0 | 356 | 04/01/2025 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 02/01/2012 | Paydown | | 102,323 | 102,323 | 104,673 | 104,557 | 0 | (2,234) | 0 | (2,234) | 0 | 102,323 | 0 | 0 | 0 | 682 | 04/01/2025 | 1 |
| 3128PR-EB-1 | FHLMC GOLD POOL # J11930 4.000% 04/01/25 | | 03/01/2012 | Paydown | | 8,121 | 8,121 | 8,307 | 8,298 | 0 | (177) | 0 | (177) | 0 | 8,121 | 0 | 0 | 0 | 81 | 04/01/2025 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 01/01/2012 | Paydown | | 171,486 | 171,486 | 181,374 | 180,481 | 0 | (8,995) | 0 | (8,995) | 0 | 171,486 | 0 | 0 | 0 | 786 | 09/01/2039 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 02/01/2012 | Paydown | | 9,295 | 9,295 | 9,831 | 9,783 | 0 | (488) | 0 | (488) | 0 | 9,295 | 0 | 0 | 0 | 85 | 09/01/2039 | 1 |
| 312935-W7-1 | FHLMC GOLD POOL # A88482 5.500% 09/01/39 | | 03/01/2012 | Paydown | | 8,944 | 8,944 | 9,460 | 9,414 | 0 | (469) | 0 | (469) | 0 | 8,944 | 0 | 0 | 0 | 123 | 09/01/2039 | 1 |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 01/01/2012 | Paydown | | 34 | 34 | 34 | 34 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 12/01/2028 | 1 |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 02/01/2012 | Paydown | | 37 | 37 | 37 | 37 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 0 | 0 | 0 | 12/01/2028 | 1 |
| 31293F-T6-4 | FHLMC GOLD POOL # C19573 6.500% 12/01/28 | | 03/01/2012 | Paydown | | 35 | 35 | 35 | 35 | 0 | 0 | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 1 | 12/01/2028 | 1 |
| 31295X-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 01/01/2012 | Paydown | | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295X-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 02/01/2012 | Paydown | | 58 | 58 | 58 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295X-AG-9 | FHLMC POOL # 786307 2.388% 05/01/28 | | 03/01/2012 | Paydown | | 58 | 58 | 59 | 58 | 0 | 0 | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 05/01/2028 | 1 |
| 31295X-WX-9 | FHLMC POOL # 788674 2.488% 04/01/29 | | 01/01/2012 | Paydown | | 110 | 110 | 111 | 110 | 0 | 0 | 0 | 0 | 0 | 110 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31295X-WX-9 | FHLMC POOL # 788674 2.488% 04/01/29 | | 02/01/2012 | Paydown | | 69 | 69 | 70 | 69 | 0 | 0 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 01/01/2012 | Paydown | | 194 | 194 | 196 | 195 | 0 | (1) | 0 | (1) | 0 | 194 | 0 | 0 | 0 | 1 | 08/01/2021 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 02/01/2012 | Paydown | | 735 | 735 | 741 | 739 | 0 | (3) | 0 | (3) | 0 | 735 | 0 | 0 | 0 | 8 | 08/01/2021 | 1 |
| 31371K-BN-0 | FNMA POOL # 253945 6.500% 08/01/21 | | 03/01/2012 | Paydown | | 487 | 487 | 490 | 489 | 0 | (2) | 0 | (2) | 0 | 487 | 0 | 0 | 0 | 8 | 08/01/2021 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 01/01/2012 | Paydown | | 6,044 | 6,044 | 6,203 | 6,180 | 0 | (136) | 0 | (136) | 0 | 6,044 | 0 | 0 | 0 | 28 | 07/01/2024 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 02/01/2012 | Paydown | | 5,160 | 5,160 | 5,296 | 5,276 | 0 | (116) | 0 | (116) | 0 | 5,160 | 0 | 0 | 0 | 47 | 07/01/2024 | 1 |
| 31371L-SJ-9 | FNMA POOL # 255321 5.500% 07/01/24 | | 03/01/2012 | Paydown | | 5,658 | 5,658 | 5,806 | 5,785 | 0 | (127) | 0 | (127) | 0 | 5,658 | 0 | 0 | 0 | 78 | 07/01/2024 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 01/01/2012 | Paydown | | 678 | 678 | 676 | 683 | 0 | (5) | 0 | (5) | 0 | 678 | 0 | 0 | 0 | 4 | 09/01/2027 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 02/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 09/01/2027 | 1 |
| 31378H-HU-8 | FNMA POOL # 399043 6.500% 09/01/27 | | 03/01/2012 | Paydown | | 10 | 10 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 09/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 01/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 02/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378K-XL-3 | FNMA POOL # 401283 6.500% 10/01/27 | | 03/01/2012 | Paydown | | 7 | 7 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 10/01/2027 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 01/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 02/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31378R-X5-3 | FNMA POOL # 406700 6.500% 01/01/28 | | 03/01/2012 | Paydown | | 5 | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 01/01/2028 | 1 |
| 31382D-6W-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 01/01/2012 | Paydown | | 16 | 16 | 17 | 16 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31382D-6W-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 02/01/2012 | Paydown | | 138 | 138 | 140 | 139 | 0 | (2) | 0 | (2) | 0 | 138 | 0 | 0 | 0 | 2 | 04/01/2029 | 1 |
| 31382D-6W-9 | FNMA POOL # 479785 7.000% 04/01/29 | | 03/01/2012 | Paydown | | 17 | 17 | 17 | 17 | 0 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 | 04/01/2029 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 01/01/2012 | Paydown | | 419 | 419 | 424 | 419 | 0 | 0 | 0 | 0 | 0 | 419 | 0 | 0 | 0 | 2 | 04/01/2014 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 02/01/2012 | Paydown | | 341 | 341 | 345 | 341 | 0 | 0 | 0 | 0 | 0 | 341 | 0 | 0 | 0 | 4 | 04/01/2014 | 1 |
| 31382H-4L-6 | FNMA POOL # 483327 6.500% 04/01/14 | | 03/01/2012 | Paydown | | 343 | 343 | 347 | 343 | 0 | 0 | 0 | 0 | 0 | 343 | 0 | 0 | 0 | 6 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 01/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 02/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31382K-R4-2 | FNMA POOL # 484807 6.000% 04/01/14 | | 03/01/2012 | Paydown | | 14 | 14 | 14 | 14 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 0 | 04/01/2014 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 01/01/2012 | Paydown | | 2,325 | 2,325 | 2,343 | 2,330 | 0 | (5) | 0 | (5) | 0 | 2,325 | 0 | 0 | 0 | 12 | 12/01/2016 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 02/01/2012 | Paydown | | 665 | 665 | 670 | 666 | 0 | (1) | 0 | (1) | 0 | 665 | 0 | 0 | 0 | 7 | 12/01/2016 | 1 |
| 31388R-4W-6 | FNMA POOL # 612928 6.000% 12/01/16 | | 03/01/2012 | Paydown | | 1,998 | 1,998 | 2,013 | 2,002 | 0 | (4) | 0 | (4) | 0 | 1,998 | 0 | 0 | 0 | 30 | 12/01/2016 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 01/01/2012 | Paydown | | 32,257 | 32,257 | 33,144 | 33,021 | 0 | (764) | 0 | (764) | 0 | 32,257 | 0 | 0 | 0 | 134 | 06/01/2033 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 02/01/2012 | Paydown | | 19,460 | 19,460 | 19,996 | 19,921 | 0 | (461) | 0 | (461) | 0 | 19,460 | 0 | 0 | 0 | 162 | 06/01/2033 | 1 |
| 31401H-XC-1 | FNMA POOL # 709075 5.000% 06/01/33 | | 03/01/2012 | Paydown | | 13,168 | 13,168 | 13,530 | 13,480 | 0 | (312) | 0 | (312) | 0 | 13,168 | 0 | 0 | 0 | 165 | 06/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 01/01/2012 | Paydown | | 14,210 | 14,210 | 14,516 | 14,499 | 0 | (289) | 0 | (289) | 0 | 14,210 | 0 | 0 | 0 | 59 | 07/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 02/01/2012 | Paydown | | 35,127 | 35,127 | 35,884 | 35,841 | 0 | (714) | 0 | (714) | 0 | 35,127 | 0 | 0 | 0 | 233 | 07/01/2033 | 1 |
| 31401X-WH-6 | FNMA POOL # 721648 5.000% 07/01/33 | | 03/01/2012 | Paydown | | 12,844 | 12,844 | 13,121 | 13,105 | 0 | (261) | 0 | (261) | 0 | 12,844 | 0 | 0 | 0 | 161 | 07/01/2033 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 01/01/2012 | Paydown | | 11,733 | 11,733 | 11,511 | 11,511 | 0 | 222 | 0 | 222 | 0 | 11,733 | 0 | 0 | 0 | 29 | 12/31/2031 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 02/01/2012 | Paydown | | 11,557 | 11,557 | 11,338 | 11,338 | 0 | 219 | 0 | 219 | 0 | 11,557 | 0 | 0 | 0 | 58 | 12/31/2031 | 1 |
| 000000-00-0 | FNMA POOL # 932837 3.000% 12/01/25 | | 03/01/2012 | Paydown | | 17,746 | 17,746 | 17,410 | 17,410 | 0 | 336 | 0 | 336 | 0 | 17,746 | 0 | 0 | 0 | 133 | 12/31/2031 | 1 |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 01/01/2012 | Paydown | | 42,254 | 42,254 | 43,297 | 43,294 | 0 | (1,040) | 0 | (1,040) | 0 | 42,254 | 0 | 0 | 0 | 158 | 07/01/2024 | 1 |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE D - PART 4

Show All Long-Term Bonds and Stock Sold, Redeemed or Otherwise Disposed of During the Current Quarter

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Change in Book/Adjusted Carrying Value | | | | | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 11 | 12 | 13 | 14 | 15 | | | | | | | |
| CUSIP Ident-ification | Description | For-eign | Disposal Date | Name of Purchaser | Number of Shares of Stock | Consid-eration | Par Value | Actual Cost | Prior Year Book/ Adjusted Carrying Value | Unrealized Valuation Increase/ (Decrease) | Current Year's (Amor-tization)/ Accretion | Current Year's Other Than Temporary Impairment Recog-nized | Total Change in Book/ Adjusted Carrying Value (11 + 12 - 13) | Total Foreign Exchange Change in Book /Adjusted Carrying Value | Book/ Adjusted Carrying Value at Disposal Date | Foreign Exchange Gain (Loss) on Disposal | Realized Gain (Loss) on Disposal | Total Gain (Loss) on Disposal | Bond Interest/ Stock Dividends Received DuringYear | Stated Con-tractual Maturity Date | NAIC Desig-nation or Market In-dicator (a) |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 02/01/2012 | Paydown | | 132,900 | 132,900 | 136,181 | 136,170 | 0 | (3,271) | 0 | (3,271) | 0 | 132,900 | 0 | 0 | 0 | 597 | 07/01/2024 | 1 |
| 31416T-JS-9 | FNMA POOL # AA9272 4.500% 07/01/24 | | 03/01/2012 | Paydown | | 88,937 | 88,937 | 91,132 | 91,125 | 0 | (2,189) | 0 | (2,189) | 0 | 88,937 | 0 | 0 | 0 | 1,001 | 07/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 01/01/2012 | Paydown | | 170,872 | 170,872 | 175,204 | 175,204 | 0 | (4,332) | 0 | (4,332) | 0 | 170,872 | 0 | 0 | 0 | 570 | 12/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 02/01/2012 | Paydown | | 39,023 | 39,023 | 40,013 | 40,013 | 0 | (989) | 0 | (989) | 0 | 39,023 | 0 | 0 | 0 | 260 | 12/01/2024 | 1 |
| 31417T-UF-3 | FNMA POOL # AC6881 4.000% 12/01/24 | | 03/01/2012 | Paydown | | 246,415 | 246,415 | 252,662 | 252,662 | 0 | (6,247) | 0 | (6,247) | 0 | 246,415 | 0 | 0 | 0 | 2,464 | 12/01/2024 | 1 |
| 31417Y-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 01/01/2012 | Paydown | | 259,355 | 259,355 | 263,853 | 263,853 | 0 | (4,498) | 0 | (4,498) | 0 | 259,355 | 0 | 0 | 0 | 865 | 12/01/2024 | 1 |
| 31417Y-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 02/01/2012 | Paydown | | 172,762 | 172,762 | 175,759 | 175,759 | 0 | (2,996) | 0 | (2,996) | 0 | 172,762 | 0 | 0 | 0 | 1,152 | 12/01/2024 | 1 |
| 31417Y-PZ-0 | FNMA POOL # AC8539 4.000% 12/01/24 | | 03/01/2012 | Paydown | | 218,494 | 218,494 | 222,284 | 222,284 | 0 | (3,790) | 0 | (3,790) | 0 | 218,494 | 0 | 0 | 0 | 2,185 | 12/01/2024 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 01/01/2012 | Paydown | | 116,471 | 116,471 | 119,109 | 119,109 | 0 | (2,639) | 0 | (2,639) | 0 | 116,471 | 0 | 0 | 0 | 388 | 03/01/2025 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 02/01/2012 | Paydown | | 95,944 | 95,944 | 98,118 | 98,118 | 0 | (2,174) | 0 | (2,174) | 0 | 95,944 | 0 | 0 | 0 | 640 | 03/01/2025 | 1 |
| 31418Q-FL-2 | FNMA POOL # AD2870 4.000% 03/01/25 | | 03/01/2012 | Paydown | | 45,260 | 45,260 | 46,285 | 46,285 | 0 | (1,025) | 0 | (1,025) | 0 | 45,260 | 0 | 0 | 0 | 453 | 03/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 01/01/2012 | Paydown | | 10,221 | 10,221 | 10,494 | 10,472 | 0 | (251) | 0 | (251) | 0 | 10,221 | 0 | 0 | 0 | 30 | 11/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 02/01/2012 | Paydown | | 10,062 | 10,062 | 10,331 | 10,309 | 0 | (247) | 0 | (247) | 0 | 10,062 | 0 | 0 | 0 | 59 | 11/01/2025 | 1 |
| 31419J-ET-1 | FNMA POOL # AE7345 3.500% 11/01/25 | | 03/01/2012 | Paydown | | 12,270 | 12,270 | 12,598 | 12,572 | 0 | (301) | 0 | (301) | 0 | 12,270 | 0 | 0 | 0 | 107 | 11/01/2025 | 1 |
| 3199999. Subtotal - Bonds - U.S. Special Revenues | | | | | | 6,066,220 | 6,066,220 | 6,239,408 | 6,233,456 | 0 | (167,240) | 0 | (167,240) | 0 | 6,066,220 | 0 | 0 | 0 | 44,684 | XXX | XXX |
| 477874-AC-5 | JDOT ABS 09-A-A3 2.590% 10/15/13 | | 01/15/2012 | Paydown | | 27,596 | 27,596 | 27,919 | 27,774 | 0 | (178) | 0 | (178) | 0 | 27,596 | 0 | 0 | 0 | 60 | 10/15/2013 | 1FE |
| 477874-AC-5 | JDOT ABS 09-A-A3 2.590% 10/15/13 | | 02/15/2012 | Paydown | | 4,662 | 4,662 | 4,716 | 4,692 | 0 | (30) | 0 | (30) | 0 | 4,662 | 0 | 0 | 0 | 20 | 10/15/2013 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 01/15/2012 | Paydown | | 24,721 | 24,721 | 24,926 | 24,797 | 0 | (75) | 0 | (75) | 0 | 24,721 | 0 | 0 | 0 | 34 | 01/15/2014 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 02/15/2012 | Paydown | | 24,368 | 24,368 | 24,570 | 24,442 | 0 | (74) | 0 | (74) | 0 | 24,368 | 0 | 0 | 0 | 68 | 01/15/2014 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 03/15/2012 | Paydown | | 21,587 | 21,587 | 21,766 | 21,653 | 0 | (66) | 0 | (66) | 0 | 21,587 | 0 | 0 | 0 | 90 | 01/15/2014 | 1FE |
| 693401-AG-6 | PERF ABS 05-2 5.030% 03/25/14 | | 03/25/2012 | Paydown | | 136,496 | 136,496 | 142,489 | 142,489 | 0 | (5,993) | 0 | (5,993) | 0 | 136,496 | 0 | 0 | 0 | 1,716 | 03/25/2014 | 1FE |
| 477874-AC-5 | JDOT ABS 09-A-A3 2.590% 10/15/13 | | 01/15/2012 | Paydown | | 27,596 | 27,596 | 27,919 | 27,774 | 0 | (178) | 0 | (178) | 0 | 27,596 | 0 | 0 | 0 | 60 | 10/15/2013 | 1FE |
| 477874-AC-5 | JDOT ABS 09-A-A3 2.590% 10/15/13 | | 02/15/2012 | Paydown | | 4,662 | 4,662 | 4,716 | 4,692 | 0 | (30) | 0 | (30) | 0 | 4,662 | 0 | 0 | 0 | 20 | 10/15/2013 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 01/15/2012 | Paydown | | 24,721 | 24,721 | 24,926 | 24,797 | 0 | (75) | 0 | (75) | 0 | 24,721 | 0 | 0 | 0 | 34 | 01/15/2014 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 02/15/2012 | Paydown | | 24,368 | 24,368 | 24,570 | 24,442 | 0 | (74) | 0 | (74) | 0 | 24,368 | 0 | 0 | 0 | 68 | 01/15/2014 | 1FE |
| 58942B-AC-8 | MBART ABS_09-1 A3 1.670% 01/15/14 | | 03/15/2012 | Paydown | | 21,587 | 21,587 | 21,766 | 21,653 | 0 | (66) | 0 | (66) | 0 | 21,587 | 0 | 0 | 0 | 90 | 01/15/2014 | 1FE |
| 693401-AG-6 | PERF ABS 05-2 5.030% 03/25/14 | | 03/25/2012 | Paydown | | 136,496 | 136,496 | 142,489 | 142,489 | 0 | (5,993) | 0 | (5,993) | 0 | 136,496 | 0 | 0 | 0 | 1,716 | 03/25/2014 | 1FE |
| 3899999. Subtotal - Bonds - Industrial and Miscellaneous (Unaffiliated) | | | | | | 478,860 | 478,860 | 492,772 | 491,694 | 0 | (12,832) | 0 | (12,832) | 0 | 478,860 | 0 | 0 | 0 | 3,976 | XXX | XXX |
| 8399997. Total - Bonds - Part 4 | | | | | | 6,600,482 | 6,597,646 | 6,784,570 | 6,777,664 | 0 | (180,068) | 0 | (180,068) | 0 | 6,597,588 | 0 | 2,894 | 2,894 | 49,594 | XXX | XXX |
| 8399998. Total - Bonds - Part 5 | | | | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX |
| 8399999. Total - Bonds | | | | | | 6,600,482 | 6,597,646 | 6,784,570 | 6,777,664 | 0 | (180,068) | 0 | (180,068) | 0 | 6,597,588 | 0 | 2,894 | 2,894 | 49,594 | XXX | XXX |
| 8999997. Total - Preferred Stocks - Part 4 | | | | | | 0 | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX | XXX |
| 8999998. Total - Preferred Stocks - Part 5 | | | | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX |
| 8999999. Total - Preferred Stocks | | | | | | 0 | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX | XXX |
| 9799997. Total - Common Stocks - Part 4 | | | | | | 0 | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX | XXX |
| 9799998. Total - Common Stocks - Part 5 | | | | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX |
| 9799999. Total - Common Stocks | | | | | | 0 | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX | XXX |
| 9899999. Total - Preferred and Common Stocks | | | | | | 0 | XXX | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX | XXX |
| 9999999 - Totals | | | | | | 6,600,482 | XXX | 6,784,570 | 6,777,664 | 0 | (180,068) | 0 | (180,068) | 0 | 6,597,588 | 0 | 2,894 | 2,894 | 49,594 | XXX | XXX |

(a) For all common stock bearing the NAIC market indicator "U" provide: the number of such issues.......................

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

Schedule DB - Part A - Section 1 - Options, Caps, Floors, Collars, Swaps and Forwards Open

NONE

Schedule DB - Part B - Section 1 - Futures Contracts Open

NONE

Schedule DB - Part B - Section 1B - Brokers with whom cash deposits have been made

NONE

Schedule DB - Part D - Counterparty Exposure for Derivative Instruments Open

NONE

Schedule DL - Part 1 - Reinvested Collateral Assets Owned

NONE

Schedule DL - Part 2 - Reinvested Collateral Assets Owned

NONE

E06, E07, E08, E09, E10

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

# SCHEDULE E - PART 1 - CASH

Month End Depository Balances

| 1 | 2 | 3 | 4 | 5 | Book Balance at End of Each Month During Current Quarter | | | 9 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 6 | 7 | 8 | |
| Depository | Code | Rate of Interest | Amount of Interest Received During Current Quarter | Amount of Interest Accrued at Current Statement Date | First Month | Second Month | Third Month | * |
| California Bank & Trust ... San Diego, CA | | 0.000 | | | 908,443 | 684,317 | 580,808 | XXX |
| M & T Bank ... York, PA | | 0.250 | 106 | | 2,964,517 | 1,221,339 | 4,368,099 | XXX |
| Metro Bank ... Harrisburg, PA | | 0.020 | 2,091 | | 1,806,062 | 1,797,025 | 1,797,024 | XXX |
| Wells Fargo Bank ... Sacramento, CA | | 0.250 | 2,567 | | 1,377,508 | 1,377,507 | 1,377,507 | XXX |
| 0199998. Deposits in ... depositories that do not exceed the allowable limit in any one depository (See instructions) - Open Depositories | XXX | XXX | 11 | | 178,449 | 180,012 | 168,853 | XXX |
| 0199999. Totals - Open Depositories | XXX | XXX | 4,775 | 0 | 7,234,979 | 5,260,200 | 8,292,291 | XXX |
| 0299998. Deposits in ... depositories that do not exceed the allowable limit in any one depository (See instructions) - Suspended Depositories | XXX | XXX | | | | | | XXX |
| 0299999. Totals - Suspended Depositories | XXX | XXX | 0 | 0 | 0 | 0 | 0 | XXX |
| 0399999. Total Cash on Deposit | XXX | XXX | 4,775 | 0 | 7,234,979 | 5,260,200 | 8,292,291 | XXX |
| 0499999. Cash in Company's Office | XXX | XXX | XXX | XXX | 200 | 200 | 200 | XXX |
| 0599999. Total - Cash | XXX | XXX | 4,775 | 0 | 7,235,179 | 5,260,400 | 8,292,491 | XXX |

STATEMENT AS OF MARCH 31, 2012 OF THE LINCOLN GENERAL INSURANCE COMPANY

## SCHEDULE E - PART 2 - CASH EQUIVALENTS

Show Investments Owned End of Current Quarter

| 1<br>Description | 2<br>Code | 3<br>Date Acquired | 4<br>Rate of Interest | 5<br>Maturity Date | 6<br>Book/Adjusted Carrying Value | 7<br>Amount of Interest Due and Accrued | 8<br>Amount Received During Year |
|---|---|---|---|---|---|---|---|
| 8699999 - Total Cash Equivalents | | | | | | | |

NONE